IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RZB FINANCE LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.     07 C 6603 |
| vs. | ) | |
| | ) | Judge Milton Shadur |
| **PYRAMID STONE MFG., INC.** and | ) | |
| **11 S. EISENHOWER, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

TO:   Pyramid Stone Mfg, Inc.           11 S. Eisenhower, LLC
        c/o Mitchell Roth, Registered Agent    c/o Mitchell Roth, Registered Agent
        191 N. Wacker Drive                191 N. Wacker Drive
        Suite 1800                         Suite 1800
        Chicago, IL 60606                  Chicago, IL 60606

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, November 30, 2007 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton Shadur in Room 2303 of the United States District Court Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, and then and there present Plaintiff RZB Finance LLC's Motion for Order of Replevin, a copy of which has been previously filed with the Clerk of the Court.

DATED:  November 26, 2007            Respectfully submitted,

                                      RZB FINANCE LLC


                                      By /s/ William C. Meyers
                                            One of Its Attorneys

William C. Meyers
David E. Morrison
Mary E. Anderson
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

1204402v1 11/26/2007 2:21:26 PM                                                        6024.001

-2-

## CERTIFICATE OF SERVICE

        The undersigned, an attorney, certifies that on November 26, 2007, he caused a copy of the **Notice of Motion of Plaintiff RZB Finance LLC's Motion for Order of Replevin** to be served via Hand Delivery upon the following:

| | |
|---|---|
| Pyramid Stone Mfg, Inc. | 11 S. Eisenhower, LLC |
| c/o Mitchell Roth, Registered Agent | c/o Mitchell Roth, Registered Agent |
| 191 N. Wacker Drive | 191 N. Wacker Drive |
| Suite 1800 | Suite 1800 |
| Chicago, IL 60606 | Chicago, IL 60606 |

        /s/ William C. Meyers
        William C. Meyers