IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RZB FINANCE LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6603 |
| vs. | ) | |
| | ) | Judge Milton Shadur |
| **PYRAMID STONE MFG., INC.** and | ) | |
| **11 S. EISENHOWER, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Pyramid Stone Mfg, Inc.  11 S. Eisenhower, LLC
     c/o Mitchell Roth, Registered Agent  c/o Mitchell Roth, Registered Agent
     191 N. Wacker Drive  191 N. Wacker Drive
     Suite 1800  Suite 1800
     Chicago, IL 60606  Chicago, IL 60606

     PLEASE TAKE NOTICE that on November 28, 2007 we filed with the Clerk of Northern District of Illinois, Eastern Division, an **Amended Certificate of Service**, a copy of which is hereby served upon you.

     By /s/ William C. Meyers
          One of Its Attorneys

William C. Meyers
David E. Morrison
Mary E. Anderson
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

-2-

## AMENDED CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on November 28, 2007, he caused a copy of the **Notice of Motion** and **Plaintiff RZB Finance LLC's Motion for Order of Replevin** previously filed on November 26, 2007, to be served via Facsimile and Messenger before the hour of 5 p.m. and upon the following:

| | |
|---|---|
| Pyramid Stone Mfg, Inc. | 11 S. Eisenhower, LLC |
| c/o Mitchell Roth, Registered Agent | c/o Mitchell Roth, Registered Agent |
| 191 N. Wacker Drive | 191 N. Wacker Drive |
| Suite 1800 | Suite 1800 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| Facsimile:  312-521-2377 | Facsimile:  312-521-2377 |

/s/ William C. Meyers
William C. Meyers