IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RZB Finance LLC

vs.    Pyramid Stone MFG., Inc. and 11 S. Eisenhower, LLC

Case Number    07 C 6603

## AFFIDAVIT OF NON-SERVICE

I, Richard Sylvester, being first duly sworn on oath deposes and states that I am over the age of 21 years and not a party to this action, and on that I was unable to serve the following documents:

Summons In A Civil Case, Notice of Motion, Plaintiff's Motion for Order of Replevin, Verified Complaint For Replevin and Other Relief

Upon:    11 S. Eisenhower, LLC

At:    11 S. Eisenhower, Lombard, IL

Due to the following:

Service was attempted at the above said address on 11/28/07 at 1:10PM. This is a business located in an industrial park area. The building does not appear to be occupied, and does have a sign on it that says "Pyramid Stone". There are no cars in the parking lot. The lot does have construction trucks with the Pyramid Stone logo on them. The business does not appear to be operating or running from the location as no one is at the location.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Richard Sylvester
United Processing, Inc.
55 West Wacker Drive
9th Floor
Chicago, IL 60601
312.629.0140
IL License #117-001101

Signed and Sworn to
before me this            29
day of        November, 2007

Notary Public    Corey Fertel