IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RZB FINANCE LLC,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**PYRAMID STONE MFG., INC. and** )<br>**11 S. EISENHOWER, LLC,** )<br>)<br>Defendants. ) | No. 07 C 6603<br><br>Judge Milton Shadur |

TO:   Pyramid Stone Mfg, Inc.              11 S. Eisenhower, LLC
       c/o Mitchell Roth, Registered Agent    c/o Mitchell Roth, Registered Agent
       191 N. Wacker Drive                  191 N. Wacker Drive
       Suite 1800                                Suite 1800
       Chicago, IL 60606                     Chicago, IL 60606

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, November 30, 2007 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton Shadur in Room 2303 of the United States District Court Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, and then and there present **Plaintiff RZB Finance LLC's Motion for Temporary Restraining Order**, a copy of which has been previously filed with the Clerk of the Court.

DATED: November 30, 2007           Respectfully submitted,

                                         RZB FINANCE LLC


                                         By /s/ William C. Meyers
                                                One of Its Attorneys

William C. Meyers
David E. Morrison
Mary E. Anderson
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on November 30, 2007, he caused a copy of **RZB Finance LLC's Motion for Temporary Restraining Order** to be served via Hand Delivery before the hour of 8:30 a.m., and on November 29, 2007 on the eve of filing he caused a copy to be served via electronic mail, upon the following:

| | |
|---|---|
| Pyramid Stone Mfg, Inc.<br>c/o Mitchell Roth, Registered Agent<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 | 11 S. Eisenhower, LLC<br>c/o Mitchell Roth, Registered Agent<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 |

/s/ William C. Meyers
William C. Meyers