AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**07 C 6603**

SUMMONS IN A CIVIL CASE

RZB FINANCE LLC

V.

PYRAMID STONE MFG., INC., and
11 S. EISENHOWER, LLC

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE SHADUR
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

PYRAMID STONE MFG., INC.
c/o Mitchell Roth, Registered Agent
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William C. Meyers,
GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD.
55 E. Monroe Street,
Suite 3300
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

---------------------------------
**(By) DEPUTY CLERK**

**November 26, 2007**

---------------------------------
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

RZB Finance, LLC

vs.

Pyramid Stone Mfg., Inc., and 11 S. Eisenhower, LLC

Case Number   07 C 6603

## AFFIDAVIT OF SERVICE

I, Andrew Marek, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 29 day of November, 2007, at 09:15 PM at 1960 Hidden Ridge Lane, Highland Park, IL 60035, did serve the following document(s):

**Summons In A Civil Case, Notice of Motion, Plaintiff's Motion for Order of Replevin, Verified Complaint For Replevin and Other Relief**

Upon:  **Pyramid Stone MFG., Inc. c/o Mitchell Roth, Registered Agent**

By:  ☑ Personally serving to:   Mitchell Roth-Registered Agent

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 1960 Hidden Ridge Lane, Highland Park, IL 60035 on

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **40** |
|---|---|---|---|---|---|---|
| | Height | **5'8** | Weight | **160** | Hair Color | **Bald-Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_Andrew Marek_
Andrew Marek
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101