

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6603 | **DATE** | 11/30/2007 |
| **CASE TITLE** | RZB Finance LLC vs. Pyramid Stone Mfg. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for a temporary restraining order is granted. (10-1) Enter Temporary Restraining Order. A status hearing is set for December 11, 2007 at 9:00 a.m. Enter Order of Replevin.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | SN |
|---|---|---|