IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RZB FINANCE LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>PYRAMID STONE MFG., INC. and 11 S. EISENHOWER, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) No. 07 C 6603<br>) Judge Milton I. Shadur<br>) Magistrate Judge Susan E. Cox<br>)<br>)<br>)<br>) |

### TEMPORARY RESTRAINING ORDER

This cause having come to be heard upon RZB Finance LLC's Motion for Temporary Restraining Order, and this Court having been fully advised in this matter, and for the reasons this Court stated on the record at the November 30, 2007 hearing;

IT IS HEREBY ORDERED that RZB Finance LLC's Motion for Temporary Restraining Order is GRANTED. From November 30, 2007 at 9:25 a.m. through December 14, 2007 at 9:25 a.m., 11 S. Eisenhower, LLC, and anyone acting in concert with 11 S. Eisenhower, LLC, is enjoined from denying RZB Finance LLC access to 11 S. Eisenhower Lane, Lombard, Illinois 60148, at any time to assemble, take possession and remove the Collateral identified on Schedule A attached to the Order for Replevin which this Court contemporaneously entered with the entry of this Order. Having analyzed the balance of harms between the parties, this Court further orders that RZB Finance LLC is not required to post any security for the entry of this temporary restraining order. A status hearing for this matter is scheduled for December 11, 2007 at 9:00 a.m.

ENTERED this 30th day of November, 2007

                                                                          Judge Milton I. Shadur