Pyramid Stone Manufacturing, Inc
**BORROWING BASE CERTIFICATE**

| Report Number | 2007-195 |
|---|---|
| Report Date: | 10/23/2007 |

**RZB**

| Facility | Pyramid Stone | | | | Total |
|---|---|---|---|---|---|
| Collateral Type | A/R | A/R | A/R | A/R | |
| Reported Date: | 10/23/2007 | | | | |
| 1. Beginning Balance (Previous report - Line 9) | 1,163,183 | | | | 1,163,183 |
| ADDITIONS | | | | | |
| 2. Gross Sales | 35,529 | | | | 35,529 |
| 3. Miscellaneous. Debits | | | | | 0 |
| DEDUCTIONS | | | | | |
| 4. Collections (Net Cash) | 74,475 | | | | 74,475 |
| 5. Discounts Allowed | 1,200 | | | | 1,200 |
| 6. Credit Memos (Dilutive) | | | | | 0 |
| 7. Write-offs | | | | | 0 |
| 8. Miscellaneous Credits (Non-Dilutive) | | | | | 0 |
| 9. Gross Balance This Report | 1,123,037 | | | | 1,123,037 |
| 10. Ineligibles | | | | | |
| AGING: | | | | | |
| Over 90 days | 514,108 | | | | 514,108 |
| CROSS AGE: (25% by customer) | | | | | |
| Over 90 days | 206,753 | | | | 206,753 |
| A/R 91-120 greater than $225,000 | 0 | | | | 0 |
| CONTRA A/P | 0 | | | | 0 |
| CUSTOMER DEPOSIT CONTRAS | 0 | | | | 0 |
| BILL AND HOLDS | 0 | | | | 0 |
| PROGRESS BILLINGS | 0 | | | | 0 |
| WIP greater than $60,000 | 0 | | | | 0 |
| A/R due from AFFILIATES- STONE WAREHOUSE | 0 | | | | 0 |
| HOME DEPOT-Concentration Limit (Excess Over $675,000) | 0 | | | | 0 |
| OTHER | 0 | | | | 0 |
| OTHER | 0 | | | | 0 |
| Total Ineligibles | 720,862 | | | | 720,862 |
| 11. Total Eligible | 402,175 | | | | 402,175 |
| 12. Advance rate | 85% | | | | |
| 13. Gross A/R Availability | 341,849 | | | | 341,849 |
| 14a. Dilution Reserve @ 7.30% | 29,359 | | | | 29,359 |
| 14b. Credit Memo Lag Reserve @ 2% | 6,837 | | | | 6,837 |
| 14c. Reserves From Availability | 0 | | | | 0 |
| 15. Net A/R Availability | 305,653 | | | | 305,653 |
| Collateral Type | Inventory Tagged | Inventory Full Slab and Tiles | Remnant Inventory* | Remnant Inventory Cap* | |
| Reported Date: | 10/22/2007 | 10/22/2007 | 10/22/2007 | 10/22/2007 | |
| 16. Full Slab Inventory reported last period | 311,450 | 635,675 | 810,304 | | |
| Deletions | 18,302 | 21,973 | 6,890 | | |
| Additions | 13,138 | 13,138 | 6,707 | | |
| TAGGED RECAPTURE | | 6,286 | | | |
| Total Inventory | 306,286 | 633,126 | 810,121 | | 1,436,961 |
| 17. Ineligibles | | | | | |
| TAGGED GREATER THAN 90 DAYS | 0 | | | | 0 |
| TAGGED CONCENTRATION LIMIT (EXCESS OVER $3000,000) | 6,286 | | | | 6,286 |
| TAGGED | | 306,286 | | | 306,286 |
| DAMAGED | 0 | 0 | 0 | | 0 |
| SLOW MOVING | 0 | 0 | 0 | | 0 |
| REMNANT INVENTORY LESS THAN 13 SQUARE FEET | | | 144,591 | | 144,591 |
| OTHER | 0 | 0 | 0 | | 0 |
| Total Ineligibles | 6,286 | 306,286 | 144,591 | | 457,163 |
| 18. Total Eligible | 300,000 | 326,840 | 665,530 | | 1,292,370 |
| 19. NOLV RATE (Column B= 90% of eligible x SW Margin of 30%) | 90% X 1.30% | 55.60% | 21.60% | | |
| 20. Gross Raw Material Availability | 351,000 | 181,723 | 143,754 | | 676,478 |
| 21. ADVANCE RATE | 85.00% | 85.00% | 85.00% | | |
| 22. Reserves From Availability | 0 | 0 | 0 | | 0 |

FILED
NOV 30 2007
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RZB Finance v Pyramid Stone

07 C 6603
Plaintiff's Ex. 1

| | | | | | |
|---|---|---|---|---|---|
| 23. Net Inventory Availability | 298,350 | 154,465 | 122,191 | 0 | 575,006 |
| | | | *Subject to a Net Availability cap of $125,000 | | |
| Summary | Loan Activity | Over Advance | | | |
| 24. MAXIMUM AVAILABILITY | 880,659 | - | | | 880,659 |
| A. Permanent Availability Reserve | | | | | - |
| B. Net MAXIMUM AVAILABILITY | | | | | 880,659 |
| 25. Revolver Facility Limit | 2,000,000 | | | | 2,000,000 |
| Reported Date: | 10/26/2007 | | | | |
| 26. Previous Loan Balance (Previous Report Line 29) | 1,452,685 | | | | 1,452,685 |
| 27. Less:  A. Paydowns on Revolver | 91,245 | | | | 91,245 |
| B. Other | 0 | | | | 0 |
| C. Other | 0 | | | | 0 |
| 28 Add:  A. Borrowings on Revolver- Advances | 100,000 | | | - | 100,000 |
| B. Other  -legal | 25,063 | | | | 25,063 |
| C. Other  - Field Audit | | | | | 0 |
| D. Other  - Interest and fees | | | | | 0 |
| 29. New Loan Balance | 1,486,503 | | | | 1,486,503 |
| 30. Letters of Credit | 0 | | | | 0 |
| 31. New Loan Balance plus Letters of Credit | 1,486,503 | | | | 1,486,503 |
| 32. Add: | 0 | | | | 0 |
| 33. Total Exposure (Line 31plus Line 32) | 1,486,503 | | | | 1,486,503 |
| 34. Excess Availability (Line 24B less Line 33 | | | | | (605,844) |

Pursuant to, and in accordance with, the terms and provisions of that certain Loan and Security Agreement ("Agreement") dated June 19, 2006, between RZB Finance, LLC ("Secured Party") and Pyramid Stone Manufacturing, Inc. ("Borrower"), Borrower is executing and delivering to Secured Party this Collateral Report accompanied by supporting data (collectively referred to as ("Report"). Borrower warrants and represents to Secured Party that this Report is true, correct, and based on information contained in Borrower's own financial accounting records. Borrower, by the execution of this Report, hereby ratifies, confirms and affirms all of the terms, conditions and provisions of the Agreement, and further certifies on this date, that the Borrower is in compliance with said Agreement.