IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RZB FINANCE LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6603 |
| vs. | ) | |
| | ) | Judge Milton I. Shadur |
| **PYRAMID STONE MFG., INC.** and | ) | Magistrate Judge Susan E. Cox |
| **11 S. EISENHOWER, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

TO: Pyramid Stone Mfg, Inc.       11 S. Eisenhower, LLC
       c/o Mitchell Roth, Registered Agent     c/o Mitchell Roth, Registered Agent
       191 N. Wacker Drive                    191 N. Wacker Drive
       Suite 1800                                 Suite 1800
       Chicago, IL 60606                        Chicago, IL 60606

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, December 6, 2007 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton Shadur in Room 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, and then and there present **Plaintiff RZB Finance LLC's Motion to Amend Order for Replevin**, a copy of which is hereby served upon you.

DATED: December 4, 2007             Respectfully submitted,

                                               RZB FINANCE LLC

                                               By /s/ William C. Meyers
                                                    One of Its Attorneys

William C. Meyers
David E. Morrison
Mary E. Anderson
GOLDBERG, KOHN, BELL, BLACK,
   ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

-2-

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on December 4, 2007, he caused a copy of the **Notice of Motion and Plaintiff RZB Finance LLC's Motion to Amend Order for Replevin** to be served via email and Hand Delivery upon the following:

Pyramid Stone Mfg, Inc.  
c/o Mitchell Roth, Registered Agent  
191 N. Wacker Drive  
Suite 1800  
Chicago, IL 60606

11 S. Eisenhower, LLC  
c/o Mitchell Roth, Registered Agent  
191 N. Wacker Drive  
Suite 1800  
Chicago, IL 60606

      /s/ William C. Meyers  
      William C. Meyers