IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RZB FINANCE LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 C 6603 |
| vs. | ) |
| | ) Judge Milton I. Shadur |
| **PYRAMID STONE MFG., INC.** and | ) Magistrate Judge Susan E. Cox |
| **11 S. EISENHOWER, LLC,** | ) |
| | ) |
| Defendants. | ) |

TO:  Pyramid Stone Mfg, Inc.                 11 S. Eisenhower, LLC
     c/o Mitchell Roth, Registered Agent     c/o Mitchell Roth, Registered Agent
     191 N. Wacker Drive                     191 N. Wacker Drive
     Suite 1800                              Suite 1800
     Chicago, IL 60606                       Chicago, IL 60606

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, December 7, 2007 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton Shadur in Room 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, and then and there present **Plaintiff RZB Finance LLC's Motion to Modify Amended Order for Replevin**, a copy of which is hereby served upon you.

DATED:  December 7, 2007              Respectfully submitted,

                                      RZB FINANCE LLC


                                      By /s/ William C. Meyers
                                            One of Its Attorneys

William C. Meyers
David E. Morrison
Mary E. Anderson
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

-2-

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, certifies that on December 7, 2007, he caused a copy of the **Plaintiff RZB Finance LLC's Motion to Modify Amended Order for Replevin** to be served via Hand Delivery before the hour of 8:30 a.m. upon the following:

| | |
|---|---|
| Pyramid Stone Mfg, Inc. | 11 S. Eisenhower, LLC |
| c/o Mitchell Roth, Registered Agent | c/o Mitchell Roth, Registered Agent |
| 191 N. Wacker Drive | 191 N. Wacker Drive |
| Suite 1800 | Suite 1800 |
| Chicago, IL 60606 | Chicago, IL 60606 |

                               /s/ William C. Meyers
                               William C. Meyers