# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6603 | **DATE** | 12/06/2007 |
| **CASE TITLE** | RZB Finance LLC vs. Pyramid Stone MFG., Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to amend is granted. (18-1) Enter Amended Order for Replevin.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|

Case 1:07-cv-06603 Document 22 Filed 12/06/2007 Page 1 of 1

07C6603 RZB Finance LLC vs. Pyramid Stone MFG., Inc.    Page 1 of 1