# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6603 | **DATE** | 12/7/2007 |
| **CASE TITLE** | RZB Finance LLC vs. Pyramid Stone MFG., Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to amend correct (20-1) is granted. Enter Second Amended Order for Replevin.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:2

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|