## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6603 | **DATE** | 12/11/2007 |
| **CASE TITLE** | RZB Finance LLC vs. Pyramid Stone Mfg. | | |

**DOCKET ENTRY TEXT**

Enter Order. The TRO is extended to January 3, 2008 at 9:35 a.m. A hearing on Plaintiff's motion for preliminary injunction is set for December 20, 2007 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|