

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RZB FINANCE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6603 |
| vs. | ) | Judge Milton I. Shadur |
| | ) | Magistrate Judge Susan E. Cox |
| PYRAMID STONE MFG., INC. and | ) | |
| 11 S. EISENHOWER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in open court at the December 11, 2007 status hearing;

IT IS HEREBY ORDERED THAT:

1.     The Temporary Restraining Order entered November 30, 2007 and scheduled to expire December 14, 2007, at 9:35 a.m., shall be extended until January 3, 2008 at 9:35 a.m. From November 30, 2007 at 9:25 a.m. through January 3, 2008 at 9:35 a.m., 11 S. Eisenhower, LLC, and anyone acting in concert with 11 S. Eisenhower, LLC, is enjoined from denying RZB Finance LLC access to 11 S. Eisenhower Lane, Lombard, Illinois 60148, at any time to assemble, take possession and remove the Collateral identified on Schedule A attached to the Order for Replevin which this Court contemporaneously entered with the entry of the Temporary Restraining Order on November 30, 2007.

2.     A hearing on Plaintiff's motion for preliminary injunction shall be conducted on December 20, 2007, at 9:30 a.m.

3.    All filings in support of or in opposition to Plaintiff's motion for preliminary injunction shall be filed on or before December 19, 2007 at 9:30 a.m.

ENTERED this 11th day of December, 2007

Judge  Milton I. Shadur