IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RZB FINANCE LLC,** | ) |
| Plaintiff, | ) |
| | ) No. 07 C 6603 |
| vs. | ) |
| | ) Judge Milton I. Shadur |
| **PYRAMID STONE MFG., INC.** and | ) Magistrate Judge Susan E. Cox |
| **11 S. EISENHOWER, LLC,** | ) |
| Defendants. | ) |

TO:  Pyramid Stone Mfg, Inc.          11 S. Eisenhower, LLC
     c/o Mitchell Roth, Registered Agent   c/o Mitchell Roth, Registered Agent
     191 N. Wacker Drive              191 N. Wacker Drive
     Suite 1800                       Suite 1800
     Chicago, IL 60606                Chicago, IL 60606

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, December 20, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton Shadur in Room 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, and then and there present **Plaintiff RZB Finance LLC's Motion For Preliminary Injunction**, a copy of which is hereby served upon you.

DATED:  December 19, 2007          Respectfully submitted,

                                   RZB FINANCE LLC


                                   By /s/ William C. Meyers
                                       One of Its Attorneys

William C. Meyers
David E. Morrison
Mary E. Anderson
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

1249007v1 12/18/2007 5:41:30 PM                                         6024.001

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on December 19, 2007, he caused a copy of the **Plaintiff RZB Finance LLC's Motion For Preliminary Injunction**, to be served via Hand Delivery and Electronic Mail before the hour of 9:30 a.m. upon the following:

| | |
|---|---|
| Pyramid Stone Mfg, Inc.<br>c/o Mitchell Roth, Registered Agent<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 | 11 S. Eisenhower, LLC<br>c/o Mitchell Roth, Registered Agent<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 |

                        /s/ William C. Meyers
                        William C. Meyers