Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6603 | DATE | 12/20/2007 |
| CASE TITLE | RZB Finance LLC vs. Pyramid Stone MFG., Inc. | | |

**DOCKET ENTRY TEXT**

Hearing on Plaintiff's motion for preliminary injunction held. Enter Preliminary Injunction Order. It is ordered that Plaintiff's motion for preliminary injunction is granted. (29-1)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|

2007 DEC 20 PM 3:03

U.S. DISTRICT COURT

FILED