IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RZB FINANCE LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07 C 6603 ) Judge Milton I. Shadur ) Magistrate Judge Susan E. Cox |
| PYRAMID STONE MFG., INC. and 11 S. EISENHOWER, LLC, | ) ) ) |
| Defendants. | ) |

## PRELIMINARY INJUNCTION ORDER

This cause coming to be heard on plaintiff's Motion for Preliminary Injunction, and this Court having been fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. From November 30, 2007 at 9:25 a.m. until further order of this Court, 11 S. Eisenhower, LLC, and anyone acting in concert with 11 S. Eisenhower, LLC, is enjoined from denying RZB Finance LLC access to 11 S. Eisenhower Lane, Lombard, Illinois 60148, at any time to assemble, take possession of and remove the Collateral identified on Schedule A attached to the Order for Replevin entered by this Court in this matter on November 30, 2007; and

    2.    Having analyzed the balance of harms between the parties, this Court further orders that RZB Finance LLC is not required to post any security for the entry of this preliminary injunction.

ENTERED this 20th day of December, 2007    _____
                                                           Judge Milton I. Shadur