**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **RZB FINANCE LLC,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>**PYRAMID STONE MFG., INC. and 11** )<br>**S. EISENHOWER, LLC,** )<br>)<br>Defendants. ) | No. 07 C 6603<br>Judge Milton I. Shadur<br>Magistrate Judge Susan E. Cox |

## DEFAULT JUDGMENT ORDER

This cause coming to be heard on plaintiff's Motion for Default, and this Court having been fully advised in the premises;

IT IS HEREBY ORDERED THAT:

a. Pursuant to Fed.R.Civ.P. 55(a), an Order of default in entered against Defendant Pyramid Stone, Mfg., Inc., on Counts I and III of RZB's complaint and this matter is set for prove-up on respect to damages with respect to those counts on _____ at _____;

b. Pursuant to Fed.R.Civ.P. 54(b) and 55(b)(2), a final order of judgment by default is entered against Defendant Pyramid Stone, Mfg., Inc., on Count II of RZB's complaint, granting RZB a final order of possession of the property identified on Schedule A to the Order for Replevin entered by this Court on November 30, 2007, a true and accurate copy of which is attached hereto as Schedule 1 (the Collateral"), and for the reasons stated on the record in open court, there is no just reason for delaying enforcement of this final order of judgment by default;

    c.    Pursuant to Fed.R.Civ.P. 54(b) and 55(b)(2), a final order of judgment by default is entered against Defendant 11 S. Eisenhower, LLC, on Count IV of RZB's complaint, permanently enjoining 11 S. Eisenhower, LLC, or anyone acting in concert with 11 S. Eisenhower, LLC, from denying RZB access to 11 S. Eisenhower Lane, Lombard, Illinois 60148, at any time, for purposes of assembling and removing the Collateral, and for the reasons stated on the record in open court, there is no just reason for delaying enforcement of this final order of judgment by default;

    d.    The original irrevocable standby letter of credit, deposited by RZB with the Clerk of the Court pursuant to this Court's Second Amended Order for Replevin, entered December 7, 2007, is no longer necessary or required; and

    e.    The Clerk of the Court is directed to return the original standby letter of credit to RZB's counsel.

ENTERED this ___th day of January, 2008        _____

                                                                            Judge Milton I. Shadur