

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6603 | DATE | 1/3/2008 |
| CASE TITLE | RZB Finance LLC vs. Pyramid Stone MFG., Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default is granted. (33-1) Enter Default Judgment Order. It is ordered that a prove-up on respect to damages is set for January 10, 2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|