# Exhibit I

REFERENCE LK1120P1

CUSTOMER LENDING INTEREST ACCRUALS - UP TO AND EXCLUDING - 1DEC07

R2B Finance LLC New York - MidasPlus                    DATE 30NOV07
BRANCH 100-R2B Finance LLC - Connecticut    PAGE 13
R2B Finance LLC - Connecticut

| CUST. NAME NUMBER TOWN | LOAN NUMBER | ACCRUAL PERIOD FROM TO | RATE | CCY | PRINCIPAL | ACCRUED TO DATE | TO ACCRUE |
|---|---|---|---|---|---|---|---|
| 45313 STONE WAREHOUSE LLC* LOMBARD -Dow Corp | 805481 | 30OCT07 CALL | 15.7500000 | USD | 952,422.52 | 24,129.15 | 0.00 |
| Call Loan | | | REDACTED | | REDACTED | | |
| 45354 PYRAMID STONE MAN * LOMBARD | 805480 | 20NOV07 CALL | 11.5000000 | USD | 1,503,181.24 | 14,453.09 | 0.00 |
| | | | REDACTED | | | | |

# Exhibit J

Stone Warehouse LLC
Funding Request
12-14-07

**Opening Cash Balance**                              14,257.54

| | |
|---|---:|
| AT& T | 391.16 |
| Frankenmuth Insurance | 2,249.42 |
| GMAC | ~ |
| Tishler & Wald Ltd | 2,721.00 |
| Abrams & Jossel | 30,000.00 |
| Cushion | 7,668.76 |

                                                    43,030.34

**Funding Request**                                  28,772.80

Funding Request 12.18.06.xls.Funding Request
1/9/2008  4:13 PM

# Exhibit K



**24 Grassy Plain Street**
**Bethel, Ct. 06801**
**Telephone: (203) 207-0115**
**Facsimile: (203) 744-6474**

January 2, 2008

Stone Warehouse
11 Eisenhower Lane
Lombard, IL 60148

Re: Revolving Credit

Dear Sirs,

The following interest is due on your prime loan for December 2007

| Principal | Start | End | # Days | Base Rate | Margin | All-In Rate | Interest |
|---|---|---|---|---|---|---|---|
| $952,422.52 | 12/1/2007 | 12/11/2007 | 10 | 7.50 | 8.25 | 15.75 | $4,166.85 |
| $952,422.52 | 12/11/2007 | 1/1/2008 | 21 | 7.25 | 8.25 | 15.50 | $8,611.49 |
| | | | | | | **Total :** | **$12,778.34** |

If you have any questions, please feel free to call Terri Weiner at (212) 845-8356.

Sincerely,


Lou Marosi                                          Terri Weiner
Vice President                                      Loan Admin. Manager



**24 Grassy Plain Street**
**Bethel, Ct. 06801**
**Telephone: (203) 207-0115**
**Facsimile: (203) 744-6474**

December 3, 2007

Pyramid Stone
11 Eisenhower Lane
Lombard, IL 60148

Re: Revolving Credit

Dear Sirs,

The following interest is due on your prime rate loan:

| Principal | Start | End | # Days | Base Rate | Margin | All-In Rate | Interest |
|---|---|---|---|---|---|---|---|
| $1,503,181.24 | 12/1/2007 | 12/5/2007 | 4 | 7.50 | 4.00 | 11.50 | $1,920.73 |
| $1,503,170.58 | 12/5/2007 | 12/11/2007 | 6 | 7.50 | 4.00 | 11.50 | $2,881.08 |
| $1,503,170.58 | 12/11/2007 | 1/1/2008 | 21 | 7.50 | 4.00 | 11.50 | $10,083.77 |

| | | |
|---|---|---|
| **Total due:** | | **$14,885.58** |

If you have any questions, please feel free to call Terri Weiner at (212) 845-8356.

Sincerely,

Lou Marosi                              Terri Weiner
Vice President                          Loan Admin. Manager



**24 Grassy Plain Street**
**Bethel, Ct. 06801**
**Telephone: (203) 207-0115**
**Facsimile: (203) 744-6474**

January 3, 2008

Stone Warehouse
11 Eisenhower Lane
Lombard, IL 60148

Re: Revolving Credit

Dear Sirs,

The following interest is due on your prime loan for January  2008

| Principal | Start | End | # Days | Base Rate | Margin | All-In Rate | Interest |
|---|---|---|---|---|---|---|---|
| $952,422.52 | 1/1/2008 | 1/7/2008 | 6 | 7.25 | 8.25 | 15.50 | $2,460.42 |
| $981,195.32 | 1/7/2008 | 1/10/2008 | 3 | 7.25 | 8.25 | 15.50 | $1,267.38 |
| | | | | | | **Total :** | **$3,727.80** |

If you have any questions, please feel free to call Terri Weiner at (212) 845-8356.

Sincerely,


Lou Marosi                                    Terri Weiner
Vice President                                Loan Admin. Manager



**24 Grassy Plain Street**
**Bethel, Ct. 06801**
**Telephone: (203) 207-0115**
**Facsimile: (203) 744-6474**

January 3, 2008

Pyramid Stone
11 Eisenhower Lane
Lombard, IL 60148

Re: Revolving Credit

Dear Sirs,

The following interest is due on your prime rate loan:

| Principal | Start | End | # Days | Base Rate | Margin | All-In Rate | Interest |
|---|---|---|---|---|---|---|---|
| $1,503,170.58 | 1/1/2008 | 1/10/2008 | 9 | 7.25 | 4.00 | 11.25 | $4,227.67 |

|  |  |
|---|---|
| **Total due:** | **$4,227.67** |

If you have any questions, please feel free to call Terri Weiner at (212) 845-8356.

Sincerely,

Lou Marosi                                Terri Weiner
Vice President                            Loan Admin. Manager

# Exhibit L



**24 Grassy Plain Street**
**Bethel, Ct. 06801**
**Telephone: (203) 207-0115**
**Facsimile: (203) 744-6474**

January 3, 2008

Stone Warehouse
11 Eisenhower Lane
Lombard, IL 60148

Re: Revolving Credit

The following commitment fee is due for the month of January 2008:

| Period Start | End | # of Days | Facility Amount | Loan Balance * | Undrawn Amount | Rate | Comm Fee Accrued |
|---|---|---|---|---|---|---|---|
| 01/01/08 | 01/10/08 | 9 | 3,000,000.00 | $952,422.52 | $2,047,577.48 | 0.375 | 191.96 |
| | | | | Total Commitment fee due: | | $ | 191.96 |

* Loan balance is based on an average balance for the month.

Sincerely,

Lou Marosi                                    Terri Weiner
Vice President                                Loan Admin. Manager

**XRZB**
® **Finance**

**24 Grassy Plain Street**
**Bethel, Ct. 06801**
**Telephone: (203) 207-0115**
**Facsimile: (203) 744-6474**

December 3, 2007

Stone Warehouse
11 Eisenhower Lane
Lombard, IL 60148

Re: Revolving Credit

The following commitment fee is due for the month of November 2007:

| Period Start | End | # of Days | Facility Amount | Loan Balance * | Undrawn Amount | Rate | Comm Fee Accrued |
|---|---|---|---|---|---|---|---|
| 12/01/07 | 01/01/08 | 31 | 3,000,000.00 | $952,422.52 | $2,047,577.48 | 0.375 | 661.20 |
| | | | | Total Commitment fee due: | | | $ 661.20 |

* Loan balance is based on an average balance for the month.

Sincerely,

Lou Marosi                                      Terri Weiner
Vice President                                  Loan Admin. Manager

**RZB**
**Finance**
**24 Grassy Plain Street**
**Bethel, Ct. 06801**
**Telephone: (203) 207-0115**
**Facsimile: (203) 744-6474**

December 3, 2007

Pyramid Stone
11 Eisenhower Lane
Lombard, IL 60148


Re: Revolving Credit

The following commitment fee is due for the month of November:

| Period Start | End | # of Days | Facility Amount | Loan Balance * | Undrawn Amount | Rate | Comm Fee Accrued |
|---|---|---|---|---|---|---|---|
| 12/01/07 | 01/01/08 | 31 | 2,000,000.00 | $1,503,170.58 | $ 496,829.42 | 0.375 | 160.43 |
| | | | | Total Commitment fee due: | | $ | 160.43 |

* Loan balance is based on an average balance for the month.


Sincerely,


Lou Marosi                             Terri Weiner
Vice President                         Loan Admin. Manager

**RZB**

**f i n a n c e**

**24 Grassy Plain Street**
**Bethel, Ct. 06801**
**Telephone: (203) 207-0115**
**Facsimile: (203) 744-6474**

January 3, 2008

Pyramid Stone
11 Eisenhower Lane
Lombard, IL 60148

Re: Revolving Credit

The following commitment fee is due for the month of January 2008:

| Period Start | End | # of Days | Facility Amount | Loan Balance * | Undrawn Amount | Rate | Comm Fee Accrued |
|---|---|---|---|---|---|---|---|
| 01/01/08 | 01/10/08 | 9 | 2,000,000.00 | $1,503,170.58 | $ 496,829.42 | 0.375 | 46.58 |
| | | | | Total Commitment fee due: | | $ | 46.58 |

* Loan balance is based on an average balance for the month.

Sincerely,

Lou Marosi                          Terri Weiner
Vice President                      Loan Admin. Manager

# Exhibit M

# DURKIN | group

r120 Bloomfield Avenue
Suite 204
West Caldwell, NJ 07007
Phone 973.575.8339   Fax 973.575.7656
www.durkingroup.com

Rec 10/8/07

# INVOICE

Please remit to:
Durkin Group LLC
1120 Bloomfield Ave./Suite 204
West Caldwell, NJ 07007

Lou Marosi
Vice President
RZB Finance LLC
150 North Martingale Road, Suite 840
Schaumburg, IL 60173

| | |
|---|---|
| INVOICE NUMBER: | DG 017396 |
| INVOICE DATE: | 28-Sep-07 |
| TERMS: | Upon Receipt |

| | |
|---|---|
| Engagement Number: | DG 017396 |
| Engagement Description: | 014440-Pyramid Stone Mfg |
| Dates of Service Fieldwork: | 09/04, 05, 06, 07, 10, 11, 12/2007 |
| Write Up: | 9/13/2007 |

Durkin Group Employee Summary

| Name | Days | Rate | Amount |
|---|---|---|---|
| Josh Whited | 8.00 | $750.00 | $ 6,000.00 |
| Total amount for professional services | 8.00 | | $ 6,000.00 |
| Total out-of-pocket expenses | | | $ 637.65 |

Breakdown of Expenses

| | | | |
|---|---|---|---|
| Airfare Expense | | $ | - |
| Hotel Expense | | $ | - |
| Rental Car | | $ | 410.47 |
| Gas for Rental | | $ | 111.18 |
| Meal Per Diem | ($47 per field day) | $ | - |
| Phone Per Diem | ($10 per field day) | $ | - |
| Gratuities | | $ | - |
| Parking | | $ | - |
| Mileage/Tolls | | $ | 16.00 |
| Train/Bus/Taxi | | $ | - |
| File & Delivery | | $ | 100.00 |
| | Total | $ | 637.65 |

Total amount of this invoice    $   6,637.65

Federal ID #:    06-1613865

cc:

OK TO Pay $6637.65
_Dmaros_ → 10/8/07
Charge TO Pyramid Steel
Suspense Account

**VELOCITY EXPENSE SUMMARY 4 REPORT**

Report Date: 9/20/2007 3:06:59 PM

Start Date: 09/01/2006

End Date: 09/20/2007

Consultant: -ALL-

Client: RZB

Task: 014440

Expense: -ALL-

| Consult | Date | Client | Task | Expense | QTY | Amount | Reimb | Billable | Approved | Notes |
|---------|------|--------|------|---------|-----|--------|-------|----------|----------|-------|
| J_WHITED | 09-07 | RZB | 014440 | Rental Car | 1.00 | 227.03 | 227.03 | 227.03 | | |
| J_WHITED | 09-13 | RZB | 014440 | Rental Car | 1.00 | 183.44 | 183.44 | 183.44 | | this amount is for four days out of the weekly rate of $229.30. $229.30 multiplied by 0.80 equals $183.44. The remaining difference of 45.86 will be charged to WSM when the Field Exam starts Firday 9/14/07. |
| | | | | **Rental Car sub-total** | | **410.47** | **410.47** | **410.47** | | |
| J_WHITED | 09-07 | RZB | 014440 | Rental Fuel | 1.00 | 43.94 | 43.94 | 43.94 | | |
| J_WHITED | 09-07 | RZB | 014440 | Rental Fuel | 1.00 | 13.78 | 13.78 | 13.78 | | |
| J_WHITED | 09-13 | RZB | 014440 | Rental Fuel | 1.00 | 42.01 | 42.01 | 42.01 | | |
| J_WHITED | 09-13 | RZB | 014440 | Rental Fuel | 1.00 | 11.45 | 11.45 | 11.45 | | |
| | | | | **Rental Fuel sub-total** | | **111.18** | **111.18** | **111.18** | | |
| J_WHITED | 09-07 | RZB | 014440 | Tolls | 1.00 | 8.80 | 8.80 | 8.80 | | |
| J_WHITED | 09-13 | RZB | 014440 | Tolls | 1.00 | 7.20 | 7.20 | 7.20 | | |
| | | | | **Tolls sub-total** | | **16.00** | **16.00** | **16.00** | | |
| | | | **014440 sub-total** | | | **537.65** | **537.65** | **537.65** | | |
| | | **RZB sub-total** | | | | **537.65** | **537.65** | **537.65** | | |
| | **J_WHITED sub-total** | | | | | **537.65** | **537.65** | **537.65** | | |

**Total**      **$537.65 $537.65 $537.65**

## Hertz

#04PN　RR 157672373
CC

JOSH WHITED
VEHICLE 01694/2374593

CLS Q4　　　07NRV4　LIC: OHDVB9951
FUEL: 1/8 OUT 3/8 IN
CDP: 1392282 #1 CLUB DISCOUNT PROGRAM
FF: ZE1
REB 0707010003F0/ACLW /C
PREPARED BY: 7547/ILC3410
COMPLETED BY: 1217/ILC3410

RENTED: 04/10/07 3:00 @ UNION STATION-CHICAGO
RETURN: 04/17/07 3:23 @ UNION STATION-CHICAGO

| | | | RATE CLASS: C |
|---|---|---|---|
| PLAN IN: | MCLW | | |
| PLAN OUT: | MCLW | | |
| MILEAGE IN | 7912 | TRX MILES | |
| MILEAGE OUT | 7828 | MILES ALLOWED | |
| MILES DRIVEN | 84 | MILES CHARGED | |

| | | | |
|---|---|---|---|
| WEEKS | | 1 @ $ 199.99 / WEEK | |
| SUBTOTAL 1 | | | $ 199.99 |
| DISCOUNT - R　4% | | | $ 199.99 |
| SUBTOTAL 2 | | | TS 8.00 |
| LDW | DECLINED | | 191.99 |
| LIS | DECLINED | | |
| PAI, PEC | DECLINED | | |
| MVL TAX | | | $ 2.75 |
| TAX 18.000 % ON TAXABLE TTL OF $ 191.99 | | | $ 221.99 |
| CHARGED ON AMX　XXXXXXXXXXXX1003 | | | |
| RENT FP AMX　XXXXXXXXXXXX1003 | | | |

$ 183.44

FOR PYRAMID
STONE (4 DAYS)

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1695, or
　Visit WWW.HERTZSURVEY.COM

2) Enter Access Code: 05371

3) Take Brief 4 Question Survey

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

## Hertz

#01RN　RR 153592386
CC

JOSH WHITED
VEHICLE 01694/2374593

CLS Q4　　　07NRV4　LIC: OHDVB9951
FUEL: 1/2 OUT 3/8 IN
CDP: 1392282 #1 CLUB DISCOUNT PROGRAM
FF: ZE1
REB 0000000009
PREPARED BY: 7547/ILC3410
COMPLETED BY: 7547/ILC3410

RENTED: 04/10/07 12:30 @ UNION STATION-CHICAGO
RETURN: 04/18/07 07:28 @ UNION STATION-CHICAGO

| | | | RATE CLASS: A |
|---|---|---|---|
| PLAN IN: | LDCNM | | |
| PLAN OUT: | LDCNM | | |
| MILEAGE IN | 7928 | TRX MILES | |
| MILEAGE OUT | 7227 | MILES ALLOWED | |
| MILES DRIVEN | 601 | MILES CHARGED | |

| | | | |
|---|---|---|---|
| WEEKS | | 1 @ $ 197.99 / WEEK | |
| SUBTOTAL 1 | | | $ 197.99 |
| DISCOUNT - R　4% | | | $ 191.94 |
| SUBTOTAL 2 | | | TS 7.02 |
| LDW | DECLINED | | 190.47 |
| LIS | DECLINED | | |
| PAI, PEC | DECLINED | | |
| MVL TAX | | | $ 2.75 |
| TAX 18.000 % ON TAXABLE TTL OF $ 190.47 | | | $ 34.24 |
| CHARGED ON AMX　XXXXXXXXXXXX1003 | | | $ 227.13 |
| RENT FP AMX　XXXXXXXXXXXX1003 | | | |

FOR PYRAMID
STONE

HOW WAS YOUR EXPERIENCE?
WE'D LIKE YOUR FEEDBACK.

1) Call 1-800-278-1695, or
　Visit WWW.HERTZSURVEY.COM

2) Enter Access Code: 05371

3) Take Brief 4 Question Survey

STATEMENT OF CHARGES - NOT VALID FOR RENTAL

**RZB FINANCE, LLC**

Durkin Group

4273 (Deposit Payable) : 505313

11/7/2007        7185

Union Savings Ban  INV# DG 017396

***6,637.65

McBEE TO REORDER 1 800 662-2331          MLT104C-1      02006031003001        023904079589

# Exhibit N

Securitas Security Services USA, Inc.
Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456

B01


**SECURITAS**

# INVOICE

| | |
|---|---|
| Customer # | 2090009596 |
| PO # | |
| **Invoice Number** | **W1636863** |
| Invoice Date | 11/16/2007 |
| Invoice Period | 11/09/07 - 11/15/07 |

RZB FINANCE LLC
STEVEN VANSTEENBERGEN
24 GRASSY PLAIN ST.
BETHEL CT 06801

Dept: 60055
Bus Lic:
Tax ID: 71-0912217

| Page 1 | **Terms:Net Due Upon Receipt** |
|---|---|
| | Subject to 1.5% monthly finance charge if not paid by 12/16/2007 |

Site:  LOMBARD   11 S. EISENHOWER LANE     LOMBARD IL 60148     Store #  LOMBARD

| Description | Fri | Sat | Sun | Mon | Tue | Wed | Thu | ST | PR | SP | Total $ |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Guard Services

002 - SECURITY OFFICER

| | Wk 1 | 11/09 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEBALLOS,ALEX A | | | | | 4.00 | 12.00 | 12.00 | 8.00 | 36.00 | | | |
| KWAK,JOSEPH F | | | | | 11.00 | 12.00 | | | 23.00 | | | |
| PINEDA,WILLIAM M | | | | | | | 2.75 | | 2.75 | | | |
| SANTOS,JOSE M | | | | | | | 12.00 | 13.25 | 25.25 | | | |
| **Totals 002** | | 0.00 | 0.00 | 0.00 | 15.00 | 24.00 | 24.00 | 24.00 | | | | |

002 - SECURITY OFFICER Summary

| Straight | 87.00 hours @ $ 28.000 = $ 2,436.00 | $ 2,436.00 |
|---|---|---|
| | Total - Guard Services | $ 2,436.00 |

*8867 - CECI* (handwritten)

| **Invoice Recap** 11 S. EISENHOWER LANE | LOMBARD IL 60148 | Store # LOMBARD |
|---|---|---|
| Total - Guard Services | | $ 2,436.00 |
| **Total Invoice Amount** | | $ 2,436.00 |

*Ok to pay* (handwritten)

Please tear along perforation and return Remittance Advice with your payment to the address below

Securitas Security Services USA, Inc.
Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456

B01


**SECURITAS**
**INVOICE**

| | |
|---|---|
| Customer # | 2090009596 |
| PO # | |
| **Invoice Number** | **W1645752** |
| Invoice Date | 11/23/2007 |
| Invoice Period | 11/16/07 - 11/22/07 |

Page 1

Terms: Net Due
Upon Receipt

Subject to 1.5% monthly finance
charge if not paid by 12/23/2007

RZB FINANCE LLC
STEVEN VANSTEENBERGEN
24 GRASSY PLAIN ST.
BETHEL CT 06801

Dept: 60055
Bus Lic:
Tax ID: 71-0912217

Site:  LOMBARD  11 S. EISENHOWER LANE       LOMBARD IL 60148    Store #  LOMBARD

| Description | Fri | Sat | Sun | Mon | Tue | Wed | Thu | ST | PR | SP | Total $ |
|---|---|---|---|---|---|---|---|---|---|---|---|

### Guard Services

002 - SECURITY OFFICER

| | Wk 1 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEBALLOS, ALEX A | | 8.00 | | 4.00 | 12.00 | 12.00 | 12.00 | 12.00 | 60.00 | | | |
| KNAK, JOSEPH F | | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | | | 60.00 | | | |
| SANTOS, JOSE M | | 4.00 | 12.00 | 8.00 | | | 12.00 | 12.00 | 48.00 | | | |
| Totals 002 | | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | | | | |

002 - SECURITY OFFICER Summary
  Straight        168.00 hours @ $    28.000 = $    4,704.00                                      $    4,704.00

| Total - Guard Services | $ | 4,704.00 |
|---|---|---|

8867 · LEC/

| **Invoice Recap** 11 S. EISENHOWER LANE       LOMBARD IL 60148    Store #  LOMBARD |
|---|

Total - Guard Services                                                          $    4,704.00

RZB FINANCE, LLC                                               12/5/2007        7321

**Securitas Security Services USA**

8867 (Professional Fees)

Union Savings Ban Inv# W1645752, Cust# 2090009596                    ***4,704.00

Securitas Security Services USA, Inc.
Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456



**SECURITAS**

# INVOICE

| Customer # | 2090009596 |
|---|---|
| PO # | |

**E01**

| **Invoice Number** | W1653172 |
|---|---|
| Invoice Date | 11/30/2007 |
| Invoice Period | 11/23/07 - 11/29/07 |

RZB FINANCE LLC
STEVEN VANSTEENBERGEN
24 GRASSY PLAIN ST.
BETHEL CT 06801

**Dept: 60055**
Bus Lic:
Tax ID: 71-0912217

Page 1

**Terms:Net Due Upon Receipt**
Subject to 1.5% monthly finance
charge if not paid by 12/30/2007

Site:  LOMBARD  11 S. EISENHOWER LANE    LOMBARD IL 60148    Store #  LOMBARD

| Description | Fri | Sat | Sun | Mon | Tue | Wed | Thu | ST | PR | SP | Total $ |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Guard Services

**002 - SECURITY OFFICER**

| | Wk 1 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEBALLOS, ALEX A | | 8.00 | | 4.00 | 12.00 | 12.00 | 12.00 | 12.00 | | 60.00 | | |
| DEMBINSKI, SEBASTIAN P | | | | | | 8.00 | | | | 8.00 | | |
| KWAK, JOSEPH F | | 12.00 | 12.00 | 12.00 | 12.00 | 4.00 | | | | 52.00 | | |
| SANTOS, JOSE M | | 4.00 | 12.00 | 8.00 | | | 12.00 | 12.00 | | 48.00 | | |
| Totals 002 | | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | | | | |

**002 - SECURITY OFFICER Summary**

| Straight | 168.00 hours @ $ | 28.000 = $ | 4,704.00 | $ | 4,704.00 |
|---|---|---|---|---|---|

| | Total - Guard Services | | $ | 4,704.00 |
|---|---|---|---|---|

**Invoice Recap** 11 S. EISENHOWER LANE    LOMBARD IL 60148    Store #  LOMBARD

| Total - Guard Services | $ | 4,704.00 |
|---|---|---|

| **Total Invoice Amount** | $ | 4,704.00 |
|---|---|---|

---

Please tear along perforation and return Remittance Advice with your payment to the address below

Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456

**B01**
**Dept: 60055**

| Customer #  2090009596 |
|---|
| **RZB FINANCE LLC** |
| Phone #  203-948-6603 |

| PO # |
|---|

## Remittance Advice

**Invoice Total** | $    4,704.00
Subject to 1.5% monthly finance charge if not paid by 12/30/2007

REMIT TO:

Securitas Security Services USA, Inc.
12672 Collections Center Dr.
Chicago IL 60693

| **Invoice #** | W1653172 |
|---|---|
| Invoice Date | 11/30/2007 |

Amount Paid | $

Comments:

Securitas Security Services USA, Inc.
Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456



**SECURITAS**

**INVOICE**

B01

| Customer # | 2090009596 |
|---|---|
| PO # | |
| **Invoice Number** | **W1659229** |
| Invoice Date | 12/07/2007 |
| Invoice Period | 11/30/07 - 12/06/07 |

RZB FINANCE LLC
STEVEN VANSTEENBERGEN
24 GRASSY PLAIN ST.
BETHEL CT 06801

Dept: 60055
Bus Lic:
Tax ID: 71-0912217

Page 1

**Terms:Net Due
Upon Receipt**
Subject to 1.5% monthly finance
charge if not paid by 01/06/2008

Site: LOMBARD  11 S. EISENHOWER LANE      LOMBARD IL 60148    Store # LOMBARD

| Description | Fri | Sat | Sun | Mon | Tue | Wed | Thu | ST | PR | SP | Total $ |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Guard Services

002 - SECURITY OFFICER

| | Wk 1 | 11/30 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEBALLOS, ALEX A | | 8.00 | | 4.00 | 12.00 | 12.00 | 12.00 | 12.00 | 60.00 | | | |
| KWAK, JOSEPH F | | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | | | 60.00 | | | |
| SANTOS, JOSE M | | 4.00 | 12.00 | 8.00 | | | 12.00 | 12.00 | 48.00 | | | |
| Totals 002 | | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | | | | |

002 - SECURITY OFFICER Summary
Straight        168.00 hours @ $    28.000  = $    4,704.00                    $    4,704.00

| Total - Guard Services | | $ | 4,704.00 |
|---|---|---|---|

## Prior Period Adjustments

For Period Ending 11/15/07

Guard Hours

| | Straight | Premium | Special |
|---|---|---|---|

002 - SECURITY OFFICER
CEBALLOS, ALEX A        0.00    0.00    0.00    0.00

002 - SECURITY OFFICER Summary
Straight                            0.00  $   28.000  $      0.00

| SubTotal for Period Ending 11/15/07 | $ | 0.00 |
|---|---|---|

| Total - Prior Period Adjustments | | $ | 0.00 |
|---|---|---|---|

CONTINUED ON NEXT PAGE

Securitas Security Services USA, Inc.
Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456

B01



**INVOICE**

| | |
|---|---|
| Customer # | 2090009596 |
| PO # | |
| **Invoice Number** | **W1659229** |
| Invoice Date | 12/07/2007 |
| Invoice Period | 11/30/07 – 12/06/07 |

RZB FINANCE LLC
STEVEN VANSTEENBERGEN
24 GRASSY PLAIN ST.
BETHEL CT 06801

Dept: 60055
Bus Lic:
Tax ID: 71-0912217

Page  2

**Terms:Net Due Upon Receipt**
Subject to 1.5% monthly finance charge if not paid by 01/06/2008

| Description | Hours Qty | Rate Unit Price | SubTotal | Total |
|---|---|---|---|---|
| | | | | |

| Invoice Recap 11 S. EISENHOWER LANE | LOMBARD IL 60148 | Store #  LOMBARD |
|---|---|---|

Total - Guard Services                                                          $    4,704.00

**Total Invoice Amount**                                                    $    4,704.00

---

Please tear along perforation and return Remittance Advice with your payment to the address below

Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456

B01

**Dept: 60055**

Customer #  2090009596
**RZB FINANCE LLC**
Phone #  203-948-6603

PO #

### Remittance Advice

Invoice Total    $    4,704.00

Subject to 1.5% monthly finance charge if not paid by 01/06/2008

REMIT TO:

Securitas Security Services USA, Inc.
12672 Collections Center Dr.
Chicago IL 60693

| | |
|---|---|
| **Invoice #** | **W1659229** |
| Invoice Date | 12/07/2007 |

Amount Paid  $

Comments:

Securitas Security Services USA, Inc.
Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456

B01



**INVOICE**

| | |
|---|---|
| Customer # | 2090009596 |
| PO # | |
| **Invoice Number** | **W1671141** |
| Invoice Date | 12/14/2007 |
| Invoice Period | 12/07/07 - 12/13/07 |

RZB FINANCE LLC
STEVEN VANSTEENBERGEN
24 GRASSY PLAIN ST.
BETHEL CT 06801

Dept: 60055
Bus Lic:
Tax ID: 71-0912217

Page 1

**Terms:Net Due Upon Receipt**
Subject to 1.5% monthly finance charge if not paid by 01/13/2008

Site:   LOMBARD   11 S. EISENHOWER LANE       LOMBARD IL 60148    Store # LOMBARD

| Description | Fri | Sat | Sun | Mon | Tue | Wed | Thu | ST | PR | SP | Total $ |
|---|---|---|---|---|---|---|---|---|---|---|---|

### Guard Services

002 - SECURITY OFFICER

| | Wk 1 | 12/07 | 12/08 | 12/09 | 12/10 | 12/11 | 12/12 | 12/13 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEBALLOS, ALEX A | | 8.00 | | 4.00 | 8.00 | 8.00 | 8.00 | 12.00 | 48.00 | | | |
| KWAK, JOSEPH P | | 12.00 | 12.00 | 12.00 | 8.00 | 8.00 | | | 52.00 | | | |
| SANTOS, JOSE M | | 4.00 | 12.00 | 8.00 | | | 8.00 | 12.00 | 44.00 | | | |
| Totals 002 | | 24.00 | 24.00 | 24.00 | 16.00 | 16.00 | 16.00 | 24.00 | | | | |

002 - SECURITY OFFICER Summary

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Straight | 144.00 hours @ $ | 28.000 | = $ | 4,032.00 | | | | $ | 4,032.00 |

| | | |
|---|---|---|
| Total - Guard Services | $ | 4,032.00 |

| **Invoice Recap** 11 S. EISENHOWER LANE | LOMBARD IL 60148 | Store # LOMBARD | |
|---|---|---|---|
| Total - Guard Services | | $ | 4,032.00 |
| **Total Invoice Amount** | | $ | **4,032.00** |

---

Please tear along perforation and return Remittance Advice with your payment to the address below

Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456

B01
Dept: 60055

Customer #   2090009596
RZB FINANCE LLC
Phone #   203-948-6603

PO #

### Remittance Advice

| Invoice Total | $ | 4,032.00 |
|---|---|---|

Subject to 1.5% monthly finance charge if not paid by 01/13/2008

**REMIT TO:**

Securitas Security Services USA, Inc.
12672 Collections Center Dr.
Chicago IL 60693

| | |
|---|---|
| Invoice # | W1671141 |
| Invoice Date | 12/14/2007 |

Amount Paid  $

Comments:

Securitas Security Services USA, Inc.
Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-8456



**SECURITAS**

# INVOICE

| Customer # | 2090009596 |
|---|---|
| PO # | |
| **Invoice Number** | W1674463 |
| Invoice Date | 12/21/2007 |
| Invoice Period | 12/14/07 - 12/20/07 |

A02

RZB FINANCE LLC
STEVEN VANSTEENBERGEN
24 GRASSY PLAIN ST.
BETHEL CT 06801

Page 1

**Terms:Net Due Upon Receipt**

Subject to 1.5% monthly finance
charge if not paid by 01/20/2008

Dept: 60055
Bus Lic:
Tax ID: 71-0912217

Site: LOMBARD  11 S. EISENHOWER LANE     LOMBARD IL 60148    Store #  LOMBARD

| Description | Fri | Sat | Sun | Mon | Tue | Wed | Thu | ST | PR | SP | Total $ |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Guard Services

**002 - SECURITY OFFICER**

| | Wk 1 | 12/14 | 12/15 | 12/16 | 12/17 | 12/18 | 12/19 | 12/20 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CEBALLOS, ALEX A | | 8.00 | | 4.00 | 12.00 | 12.00 | 12.00 | 8.00 | 56.00 | | |
| KWAK, JOSEPH F | | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | | | 60.00 | | |
| SANTOS, JOSE M | | 4.00 | 12.00 | 8.00 | | | 12.00 | 16.00 | 52.00 | | |
| Totals 002 | | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | | | |

**002 - SECURITY OFFICER Summary**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Straight | 168.00 hours @ $ 28.000 = $ 4,704.00 | | | | | | $ | 4,704.00 |

| Total - Guard Services | $ | 4,704.00 |
|---|---|---|

## Prior Period Adjustments

| For Period Ending 12/20/07 |
|---|

Guard Hours

| | Straight | Premium | Special | | | | | |
|---|---|---|---|---|---|---|---|---|

**002 - SECURITY OFFICER**

| ANDERSON, RAMONA D | 24.00 | 0.00 | 0.00 | 24.00 | | | |
|---|---|---|---|---|---|---|---|

002 - SECURITY OFFICER Summary

| Straight | | | | 24.00 $ | 28.000 $ | 672.00 |
|---|---|---|---|---|---|---|

| SubTotal for Period Ending 12/20/07 | $ | 672.00 |
|---|---|---|

| Total - Prior Period Adjustments | $ | 672.00 |
|---|---|---|

CONTINUED ON NEXT PAGE

Securitas Security Services USA, Inc.
Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456

A02



**SECURITAS**

# INVOICE

| Customer # | 2090009596 |
|---|---|
| PO # | |
| **Invoice Number** | **W1674463** |
| Invoice Date | 12/21/2007 |
| Invoice Period | 12/14/07 - 12/20/07 |

RZB FINANCE LLC
STEVEN VANSTEENBERGEN
24 GRASSY PLAIN ST.
BETHEL CT 06801

Dept: 60055
Bus Lic:
Tax ID: 71-0912217

Page 2

**Terms:Net Due
Upon Receipt**
Subject to 1.5% monthly finance
charge if not paid by 01/20/2008

| Description | Hours Qty | Rate Unit Price | SubTotal | Total |
|---|---|---|---|---|
| | | | | |

| Invoice Recap | 11 S. EISENHOWER LANE | LOMBARD IL 60148 | Store # LOMBARD |
|---|---|---|---|

| | | |
|---|---|---|
| Total - Guard Services | $ | 4,704.00 |
| Total - Prior Period Adjustments | $ | 672.00 |
| **Total Invoice Amount** | $ | **5,376.00** |

---

Please tear along perforation and return Remittance Advice with your payment to the address below

Securitas Suburban South
1333 Butterfield Rd.
Downers Grove, IL 60515
630-963-9456

A02
Dept: 60055

| Customer # | 2090009596 |
|---|---|
| **RZB FINANCE LLC** | |
| Phone # | 203-948-6603 |

PO #

## Remittance Advice

| Invoice Total | $ | 5,376.00 |
|---|---|---|

Subject to 1.5% monthly finance charge if not paid by 01/20/2008

REMIT TO:

Securitas Security Services USA, Inc.
12672 Collections Center Dr.
Chicago IL 60693

| Invoice # | W1674463 |
|---|---|
| Invoice Date | 12/21/2007 |

Amount Paid $

Comments: