**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **RZB FINANCE LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.      07 C 6603 |
| vs. ) | |
| ) | Judge Milton Shadur |
| **PYRAMID STONE MFG., INC. and** ) | |
| **11 S. EISENHOWER, LLC,** ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on January 9, 2008, Plaintiff filed its

**Declaration of Christoph Hoedl** with the Clerk of the Northern District of Illinois, Eastern

Division, a copy of which is attached hereto and hereby served upon you.

RZB FINANCE LLC

By /s/ William C. Meyers
    One of Its Attorneys

William C. Meyers
David E. Morrison
Mary E. Anderson
GOLDBERG, KOHN, BELL, BLACK,
   ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, certifies that on January 9, 2008, he caused a copy of the **Declaration of Christoph Hoedl**, to be served via Hand Delivery and Electronic Mail upon the following:

| | |
|---|---|
| Pyramid Stone Mfg, Inc. | 11 S. Eisenhower, LLC |
| c/o Mitchell Roth, Registered Agent | c/o Mitchell Roth, Registered Agent |
| 191 N. Wacker Drive | 191 N. Wacker Drive |
| Suite 1800 | Suite 1800 |
| Chicago, IL 60606 | Chicago, IL 60606 |

 

/s/ William C. Meyers
William C. Meyers