## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **RZB FINANCE LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6603 |
| | ) | |
| vs. | ) | Judge Milton I. Shadur |
| | ) | |
| **PYRAMID STONE MFG., INC.** and | ) | Magistrate Judge Susan E. Cox |
| **11 S. EISENHOWER, LLC** | ) | |
| | ) | |
| Defendants. | ) | |

### SUPPLEMENTAL DECLARATION OF CHRISTOPH HOEDL

I, Christoph Hoedl, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

1. I am currently employed as a Group Vice President of RZB Finance, LLC ("RZB"). My responsibilities include managing RZB's asset-based lending group, which includes the asset-based loan that is the subject of the above-captioned lawsuit. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called as a witness in this matter.

2. RZB is a Delaware limited liability company, with its principal place of business in New York, New York. The sole member of RZB is Raiffeisen Zentralbank Österreich AG, an Austrian corporation.

3. This Supplemental Declaration presents additional information as to the legal fees incurred by RZB between August 31, 2007 and today which were not included in my prior Declaration dated January 9, 2008.

4. The legal fees and expenses incurred by RZB reflected in Goldberg Kohn's statements in this matter attached hereto as Group Exhibit A have been submitted to RZB in accordance with Goldberg Kohn's monthly billing procedures.

5. Since August 31, 2007, RZB has incurred $215,461.25 in legal fees and $10,794.20 in expenses.

6. As of January 10, 2008, the total amount, including legal fees and expenses, owed RZB by the Borrowers is $2,835,599.46[1] calculated as follows:

|  | **Pyramid Stone** | **Stone Warehouse** |
|---|---|---|
| Principal | $1,503,181.24 | $981,195.32 |
| Interest as of 11/30/07 | $14,453.09 | $24,129.15 |
| December 2007 Interest | $14,885.58 | $12,778.34 |
| January 1-10, 2008 Interest | $4,227.67 | $3,727.80 |
| Commitment Fees (12/1/07-1/10/08) | $207.01 | $853.16 |
| Administrative Fee (12/07) | $1,500.00 | $1,500.00 |
| Field Examination Fee | $6,637.65 |  |
| Security Guard Services | $40,068.00 |  |
| Legal Fees and Expenses | $226,255.45 |  |
| Total | $1,811,415.69 | $1,024,183.77 |

7. I declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

---

[1] The total amount of $2,602,706.36 set forth in my prior Declaration of January 9, 2008, did not include the Field Examination Fee or the Legal Fees and Expenses.

Executed on this 10 th day of January, 2008.

_____
CHRISTOPH HOEDL

-7-