# Exhibit A

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC
ATTN: Louis T. Marosi
Vice President Asset - Based Lending Group
150 North Martingale Road
Suite 840
Schaumburg, IL 60173

OCTOBER 22, 2007
6024.001/173745
PAGE 1

**Redacted**

REGARDING:  PYRAMID STONE

**FOR PROFESSIONAL SERVICES RENDERED**

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>ATTY</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 09/04/07 | Attention                             , conference KAP re same | RMK | 1.00 | 620.00 |
| 09/04/07 | Work on open issues; review                          ; call with Marosi | APS | 1.00 | 620.00 |
| 09/04/07 | Review and revise agreements; telephone call with D. Paulito re same; telephone call with L. Marosi, et al. re :                 :, and demand letters | KAP | 1.50 | 600.00 |
| 09/05/07 | Update re status and developments | APS | 0.25 | 155.00 |
| 09/05/07 | Revise agreement; telephone calls with P. Simpson re same; telephone calls with L. Marosi re same; prepare and respond to emails re | KAP | 1.00 | 400.00 |
| 09/06/07 | Updates re status and prepare for call with client | APS | 0.25 | 155.00 |
| 09/07/07 | Attention to              participate in call with client | APS | 0.75 | 465.00 |
| 09/07/07 | Confer with KAP; review comments to | JLD | 1.00 | 330.00 |
| 09/07/07 | Review and revise                         telephone calls re same | KAP | 1.75 | 700.00 |
| 09/10/07 | Attention to status of             review comments from First Midwest | APS | 0.50 | 310.00 |
| 09/10/07 | Review revised comments and revised versions of | JLD | 0.25 | 82.50 |
| 09/10/07 | Review and revise | KAP | 0.50 | 200.00 |
| 09/11/07 | Follow-up re status and consider next steps | APS | 0.25 | 155.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

OCTOBER 22, 2007
6024.001/173745
PAGE 2

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 09/11/07 | Prepare emails re                              telephone call to L. Marosi re same | KAP | 0.25 | 100.00 |
| 09/12/07 | Consideration to next steps in view of lack of developments; confer with KAP and consider | APS | 0.50 | 310.00 |
| 09/12/07 | Telephone conference with KAP re | WCM | 0.25 | 115.00 |
| 09/12/07 | Telephone calls to P. Simpson, N. Newman re signature pages; telephone calls with L. Marosi re status; telephone calls with APS re same | KAP | 0.50 | 200.00 |
| 09/13/07 | Review of KAP email re status | WCM | 0.25 | 115.00 |
| 09/13/07 | Telephone calls to Bank, D. Pilotto and L. Marosi re                    prepare email re outstanding issues | KAP | 0.50 | 200.00 |
| 09/14/07 | Review of loan docs; office conference with KAP re status and strategy | WCM | 1.00 | 460.00 |
| 09/14/07 | Prepare emails re                              ; conference with WCM re status | KAP | 0.50 | 200.00 |
| 09/15/07 | Review developments of last several days including update from client; consider strategy | APS | 0.50 | 310.00 |
| 09/17/07 | Continued consideration to | APS | 0.25 | 155.00 |
| 09/18/07 | Evaluate                           , call with client re strategy; call to Newman re position | APS | 1.00 | 620.00 |
| 09/18/07 | Met with WCM to discuss research on | MWH | 0.50 | 112.50 |
| 09/19/07 | Attention email corresp. | RMK | 0.25 | 155.00 |
| 09/19/07 | Call with Newman and report to Marosi re same; further call with Newman; additional call from Marosi; consider options | APS | 0.75 | 465.00 |
| 09/19/07 | Office conferences with APS and MWH re status and strategy and | WCM | 1.00 | 460.00 |
| 09/19/07 | Research on | MWH | 3.75 | 843.75 |
| 09/20/07 | Attention to                        begin work on | APS | 3.25 | 2,015.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

OCTOBER 22, 2007
6024.001/173745
PAGE 3

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | notices; call with client team re          follow up call from Marosi and                                    work on open issues; call with Roth re meeting; prepare for meeting and call with Marosi re strategy | | | |
| 09/20/07 | Office conference with APS and SRI re review of notice letters; telephone conference with L. Marozi re status | WCM | 2.50 | 1,150.00 |
| 09/20/07 | Discuss matter with APS and WCM; review           , draft draft ƒ                    draft list of UCC steps | SRI | 2.00 | 660.00 |
| 09/20/07 | Research on | MWH | 0.25 | 56.25 |
| 09/21/07 | Calls with Newman and Marosi re possible meeting; e-mails with Roth and plan for meeting; e-mails with Marosi; call to Roth; further call with Marosi re strategy                    and follow up with e mails to Roth and Abrams | APS | 1.25 | 775.00 |
| 09/21/07 | Review correspondence and demand letters | SRI | 0.25 | 82.50 |
| 09/24/07 | Anticipate issues to arise in meeting between clients and prepare for follow up call with client; update with KAP on strategy; call from Marosi | APS | 0.50 | 310.00 |
| 09/24/07 | Correspondence re status | SRI | 0.25 | 82.50 |
| 09/24/07 | Telephone conference with APS re status | KAP | 0.25 | 100.00 |
| 09/25/07 | Attnetion                    including conference with KAP | RMK | 0.50 | 310.00 |
| 09/25/07 | Call with Marosi re developments and follow up with KAP re same; attention to                         , consider strategy in                 , attention to correspondence with opposing counsel | APS | 0.75 | 465.00 |
| 09/25/07 | Confer with KAP | JLD | 0.50 | 165.00 |
| 09/25/07 | Numerous telephone conferences with L. Marosi and D. Abrams re               , review documents re               ; conferences with APS and RMK re status; review emails from D. Abrams | KAP | 2.25 | 900.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

OCTOBER 22, 2007
6024.001/173745
PAGE 4

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 09/26/07 | Update re developments | APS | 0.25 | 155.00 |
| 09/26/07 | Telephone conference with L. Marosi re prepare emails re same; telephone conference with D. Abrams re same | KAP | 0.50 | 200.00 |
| 09/27/07 | Calls from T Roth and Marosi re current position | APS | 0.25 | 155.00 |
| 09/27/07 | Telephone conference with L. Marosi re status; telephone conference with APS re same | KAP | 0.50 | 200.00 |
| 09/28/07 | Consider strategy in view of developments; review attention to | APS | 0.50 | 310.00 |
| 09/28/07 | Telephone conferences with M. Roth and L. Marosi re Pyramid Stone issues; telephone conference with D. Abrams re          conference with APS re status; review emails re same; review          and telephone conference with L. Marosi re same | KAP | 2.00 | 800.00 |

TOTAL FOR SERVICES                    $        18,505.00

+ DENOTES PARALEGAL

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

OCTOBER 22, 2007
6024.001/173745
PAGE 5

## ATTORNEY SUMMARY

| __ATTORNEY__ | __RATE__ | __HOURS__ | __AMOUNT__ |
|---|---|---|---|
| Richard M. Kohn | 620.00 | 1.75 | 1,085.00 |
| William C. Meyers | 460.00 | 5.00 | 2,300.00 |
| Alan P. Solow | 620.00 | 12.75 | 7,905.00 |
| Jessica L. DeBruin | 330.00 | 1.75 | 577.50 |
| Mark W. Hancock | 225.00 | 4.50 | 1,012.50 |
| Shira R. Isenberg | 330.00 | 2.50 | 825.00 |
| Kathryn A. Pamenter | 400.00 | 12.00 | 4,800.00 |
| TOTAL TIME | | 40.25 | $ 18,505.00 |

**SERVICE CHARGES AND DISBURSEMENTS**

| | |
|---|---|
| Copying | 47.80 |
| TOTAL SERVICE CHARGES AND DISBURSEMENTS | $ 47.80 |
| TOTAL THIS STATEMENT | $ 18,552.80 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

## REMITTANCE ADVICE

RZB FINANCE LLC
ATTN: Louis T. Marosi
Vice President Asset - Based Lending Group
150 North Martingale Road
Suite 840
Schaumburg, IL 60173

OCTOBER 22, 2007
6024.001/173745
PAGE 6

REGARDING:  PYRAMID STONE

| | | |
|---|---|---|
| For Professional Services Rendered Thru Sep 30, 2007 | $ | 18,505.00 |
| For Service Charges/Disbursements Thru Sep 30, 2007 | $ | 47.80 |
| TOTAL | $ | 18,552.80 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000 FAX 312.332.2196 WEB WWW.GOLDBERGKOHN.COM
55 EAST·MONROE STREET SUITE 3300 CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC
ATTN: Louis T. Marosi
Vice President Asset - Based Lending Group
150 North Martingale Road
Suite 840
Schaumburg, IL 60173

NOVEMBER 19, 2007
6024.001/174269
PAGE 1

REGARDING: PYRAMID STONE

**FOR PROFESSIONAL SERVICES RENDERED**

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/07 | Telephone conferences with L. Marosi and D. Abrams re telephone conference with L. Marosi, M. Roth and Carlo re | KAP | 1.50 | 600.00 |
| 10/02/07 | Telephone conference with L. Marosi re status; telephone call to J. Hubert re | KAP | 0.25 | 100.00 |
| 10/03/07 | Attention to | APS | 0.25 | 155.00 |
| 10/03/07 | Prepare telephone conferences with L. Marosi re Pyramid Stone; telephone conferences with J. Hubert and B. Wald re | KAP | 2.75 | 1,100.00 |
| 10/04/07 | Review , update re , work | APS | 0.75 | 465.00 |
| 10/04/07 | Conduct Westlaw research on research prepare memo to KAP with | KXB | 2.00 | 500.00 |
| 10/04/07 | Prepare | KAP | 0.75 | 300.00 |
| 10/05/07 | Attention to revised | APS | 0.25 | 155.00 |
| 10/05/07 | Prepare and revise , telephone conference with L. Marosi re same | KAP | 3.00 | 1,200.00 |
| 10/08/07 | Update from KAP and attention to open issues | APS | 0.25 | 155.00 |
| 10/08/07 | Telephone calls with L. Marosi re telephone call with J. Rose re same; review emails re same; prepare email re | KAP | 0.50 | 200.00 |
| 10/09/07 | Review updated status report and consider open issues | APS | 0.25 | 155.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

NOVEMBER 19, 2007
6024.001/174269
PAGE 2

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 10/09/07 | Telephone call with L. Marosi re status of cases; prepare emails re                        response to | KAP | 1.00 | 400.00 |
| 10/10/07 | Conference with KAP re | RMK | 0.50 | 310.00 |
| 10/10/07 | Work on                                   .; work on | APS | 0.50 | 310.00 |
| 10/10/07 | Review and revise                    ; telephone calls re same | KAP | 2.00 | 800.00 |
| 10/11/07 | Conference call RZB re Conferences with KAP, review of | RMK | 3.00 | 1,860.00 |
| 10/11/07 | Confer with KAP | JLD | 0.25 | 82.50 |
| 10/11/07 | Review and revise                    numerous telephone calls re same | KAP | 4.00 | 1,600.00 |
| 10/12/07 | Call from Roth re                    ; consider and confer with RMK and KAP | APS | 0.50 | 310.00 |
| 10/12/07 | Review and revise                    telephone calls re same; telephone call re | KAP | 2.25 | 900.00 |
| 10/15/07 | Conference call clients and KAP; telephone conference with L. Marosi, attention | RMK | 3.00 | 1,860.00 |
| 10/15/07 | E-mail with RMK re issues raised by Roth; attention to | APS | 0.50 | 310.00 |
| 10/15/07 | Review and revise                    . numerous telephone calls with client re same; prepare revised | KAP | 2.50 | 1,000.00 |
| 10/16/07 | Attention e-mail corresp from M. Roth, conference with KAP; corresp. APS | RMK | 1.25 | 775.00 |
| 10/16/07 | E-mail from Roth and consider same | APS | 0.25 | 155.00 |
| 10/16/07 | Telephone calls re status of ' | KAP | 0.50 | 200.00 |
| 10/17/07 | Various telephone conferences with L. Marosi, C. Hoedl; conferences with KAP, telephone conference with M. Roth | RMK | 4.25 | 2,635.00 |

# GOLDBERG KOHN

GOLDBERG KOHN·BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

NOVEMBER 19, 2007
6024.001/174269
PAGE 3

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 10/17/07 | E-mails and updates re | APS | 0.25 | 155.00 |
| 10/17/07 | Telephone conference with RMK re status | WCM | 0.25 | 115.00 |
| 10/17/07 | Attend numerous telephone calls re ' prepare emails re same; telephone call with L. Marosi re consultant | KAP | 2.00 | 800.00 |
| 10/18/07 | Telephone conferences with L. Morosi, C. Hoedl; conferences with KAP; telephone conferences with L. Manson and A. McCune; attention e-mail corresp. | RMK | 5.50 | 3,410.00 |
| 10/18/07 | Email to KAP and RMK re status and strategy in light email from borrowers counsel | WCM | 0.50 | 230.00 |
| 10/18/07 | Numerous conference calls re '                    ; attend global conference call re | KAP | 5.00 | 2,000.00 |
| 10/19/07 | Attention email corresp; ↑                    revisions | RMK | 2.50 | 1,550.00 |
| 10/19/07 | Prepare new                    , numerous conference calls and emails re same; telephone calls re backup of Stone Warehouse documents | KAP | 3.25 | 1,300.00 |
| 10/22/07 | Update re developments | APS | 0.25 | 155.00 |
| 10/22/07 | Prepare emails re status on Pyramid Stone and Stone Warehouse issues | KAP | 0.50 | 200.00 |
| 10/23/07 | Consider strategy going forward | APS | 0.25 | 155.00 |
| 10/23/07 | Emails to KAP, RMK and APS re status and strategy | WCM | 0.50 | 230.00 |
| 10/23/07 | Attend telephone call with C. Hoedl, L. Manson et al. re Pyramid Stone deliverables; telephone call with L. Manson re same and                    telephone call with D. Abrams re                    , respond to emails | KAP | 2.75 | 1,100.00 |
| 10/24/07 | Attend global Pyramid Stone conference call; telephone call with C. Hoedl re same and D. Abrams emails; prepare and respond to emails re same | KAP | 1.00 | 400.00 |
| 10/24/07 | Order lien searches | RXK+ | 0.50 | 72.50 |
| 10/25/07 | Telephone calls with D. Abrams re ' | KAP | 1.25 | 500.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

NOVEMBER 19, 2007
6024.001/174269
PAGE 4

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 10/26/07 | Prepare ' numerous telephone calls and emails re same | KAP | 2.00 | 800.00 |
| 10/29/07 | Review and revise telephone calls and emails re same | KAP | 3.50 | 1,400.00 |
| 10/29/07 | Review updated search results; Create lien summary | RXK+ | 1.25 | 181.25 |
| 10/30/07 | Telephone calls re prepare email with telephone calls with L. Manson re same; telephone call with D. Abrams re | KAP | 1.50 | 600.00 |
| 10/31/07 | Telephone calls re telephone call with L. Marosi re status; review emails re | KAP | 0.75 | 300.00 |

TOTAL FOR SERVICES                      $        34,246.25

+ DENOTES PARALEGAL

## ATTORNEY SUMMARY

| ATTORNEY | RATE | HOURS | AMOUNT |
|----------|------|-------|--------|
| Richard M. Kohn | 620.00 | 20.00 | 12,400.00 |
| William C. Meyers | 460.00 | 1.25 | 575.00 |
| Alan P. Solow | 620.00 | 4.25 | 2,635.00 |
| Kimberly A. Bacher | 250.00 | 2.00 | 500.00 |
| Jessica L. DeBruin | 330.00 | 0.25 | 82.50 |
| Kathryn A. Pamenter | 400.00 | 44.50 | 17,800.00 |
| Rena Kollias+ | 145.00 | 1.75 | 253.75 |
| TOTAL TIME | | 74.00 | $  34,246.25 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

NOVEMBER 19, 2007
6024.001/174269
PAGE 5

## SERVICE CHARGES AND DISBURSEMENTS

| | |
|---|---:|
| Facsimile | 59.29 |
| Telephone | 3.93 |
| Westlaw Invoice #814529298  September 30, 2007 | 990.95 |
| Westlaw Invoice #814529298  September 30, 2007 | 161.88 |

TOTAL SERVICE CHARGES AND DISBURSEMENTS    $    1,216.05

TOTAL THIS STATEMENT    $    35,462.30

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

## REMITTANCE ADVICE

RZB FINANCE LLC
ATTN: Louis T. Marosi
Vice President Asset - Based Lending Group
150 North Martingale Road
Suite 840
Schaumburg, IL 60173

NOVEMBER 19, 2007
6024.001/174269
PAGE 6

REGARDING:  PYRAMID STONE

| | | |
|---|---|---|
| For Professional Services Rendered Thru Oct 31, 2007 | $ | 34,246.25 |
| For Service Charges/Disbursements Thru Oct 31, 2007 | $ | 1,216.05 |
| TOTAL | $ | 35,462.30 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC
ATTN: Louis T. Marosi
Vice President Asset - Based Lending Group
150 North Martingale Road
Suite 840
Schaumburg, IL 60173

JANUARY 9, 2008
6024.001/175236
PAGE 1

**Redacted**

REGARDING:  PYRAMID STONE

**FOR PROFESSIONAL SERVICES RENDERED**

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 11/01/07 | Attend global conference call re | KAP | 1.50 | 600.00 |
| 11/05/07 | Conferences with KAP | RMK | 0.50 | 310.00 |
| 11/05/07 | Emails with KAP re                and attention to demand letters to guarantors and re acceleration | WCM | 2.00 | 920.00 |
| 11/05/07 | Review review demand notices | DDW | 1.00 | 240.00 |
| 11/05/07 | Review and revise demand notices; numerous telephone calls re same and next steps | KAP | 2.00 | 800.00 |
| 11/06/07 | Participation in call with client and KAP; corresp.                ; telephone conferences/corresp with KAP | RMK | 1.50 | 930.00 |
| 11/06/07 | Review of                ; emails with KAP re status and strategy; email re                attention to                and to potential                , office conference with MEA re | WCM | 2.50 | 1,150.00 |
| 11/06/07 | Discussion with WCM re background | MTA | 0.75 | 236.25 |
| 11/06/07 | Review correspondence; review demand letter; review                10 | DDW | 1.00 | 240.00 |
| 11/06/07 | Review and revise                numerous telephone calls re same; prepare emails with notices; telephone call with L. Manson re        telephone call to D. Abrams re | KAP | 3.00 | 1,200.00 |
| 11/07/07 | Attention to                and work with MXA re same; attention to | WCM | 3.50 | 1,610.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 2

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 11/07/07 | Review background information; draft | MTA | 3.00 | 945.00 |
| 11/07/07 | Telephone calls re Pyramid Stone status, including telephone call with L. Manson re same; telephone call with D. Abrams re | KAP | 1.00 | 400.00 |
| 11/08/07 | Attention to file review re and emails with team re same; attention to ,attention | WCM | 2.75 | 1,265.00 |
| 11/08/07 | Research issue; memo to WCM re same | MTA | 2.00 | 630.00 |
| 11/08/07 | Meet with KAP re ; review draft letter re party | DDW | 1.75 | 420.00 |
| 11/08/07 | Conference with DDW re , telephone conferences with S. VanSteenBergen and C. Hoedl re same; conference with APS re status; telephone call with L. Manson re status; prepare and respond to emails | KAP | 2.25 | 900.00 |
| 11/09/07 | Attention to and telephone conference with S. Van Steenbergen re | WCM | 3.00 | 1,380.00 |
| 11/09/07 | Review closing documents for organization information re 11 S. Eisenhower LLC; continue drafting letter re notice of sale; continue reviewing | DDW | 2.25 | 540.00 |
| 11/09/07 | Telephone calls with S. VanSteenBergen re revise documents; telephone call with DDW re status | KAP | 1.00 | 400.00 |
| 11/10/07 | Attention to and emails re same | WCM | 2.00 | 920.00 |
| 11/12/07 | Attention to and emails re same; attention to status and strategy with KAP; attention to legal research re with MEA;emails with S. Van Steenbergen re | WCM | 3.00 | 1,380.00 |
| 11/12/07 | Research | MTA | 2.25 | 708.75 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 3

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
|  | review draft complaint and comments |  |  |  |
| 11/12/07 | Conference call with KAP, C. Hoedl, L. Mason and M. Roth re ;                    ; revise                      ; contact JMD re | DDW | 1.75 | 420.00 |
| 11/12/07 | Attend conference call with M. Roth, L. Manson, C. Hoedl and DDW re proposals; telephone call with C. Hoedl re same; review draft documents | KAP | 1.25 | 500.00 |
| 11/13/07 | Attention turnover of possession agreement; conference with KAP and JD, telephone conference with client re strategy | RMK | 2.00 | 1,240.00 |
| 11/13/07 | Attention to                     . and emails with client re same | WCM | 2.00 | 920.00 |
| 11/13/07 | Edit        ; create | MTA | 1.75 | 551.25 |
| 11/13/07 | Meeting with RMK and KAP re              review                        , edit notice of                    ; conference call with RZB to discuss next steps in UCC sale process | DDW | 1.75 | 420.00 |
| 11/13/07 | Telephone call with RMK and DDW re Pyramid Stone status,                     telephone call with RZB, RMK and DDW re same | KAP | 1.25 | 500.00 |
| 11/14/07 | Attention                          attention redraft same with KAP | RMK | 2.50 | 1,550.00 |
| 11/14/07 | Review draft collateral turnover agreement; review final                     ; review Article 9 re notification before disposition of collateral | DDW | 1.25 | 300.00 |
| 11/14/07 | Review and revise collateral turnover agreement; prepare emails re same; telephone conference with L. Manson re same | KAP | 2.00 | 800.00 |
| 11/15/07 | Telephone conference with L. Marosi, S. Van Steenbergen; telephone conference with N. Newman | RMK | 0.75 | 465.00 |
| 11/15/07 | Attention to status and strategy | WCM | 0.25 | 115.00 |
| 11/15/07 | Send draft documents to RMK and APS in preparation for                    , review account debtor notification; discussion with RMK re | DDW | 0.50 | 120.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 4

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 11/15/07 | Review and respond to emails regarding possession issues, telephone conferences regarding same; emails with WCM regarding | KAP | 1.00 | 400.00 |
| 11/16/07 | Telephone conference with N. Newman; telephone conferences with M. Roth; telephone conferences with client; telephone conference with KAP; email corresp. client, M. Roth | RMK | 4.50 | 2,790.00 |
| 11/16/07 | Attention to                    and attention to strategy re same re            emails with team re same and prep for call with RZB | WCM | 2.00 | 920.00 |
| 11/16/07 | Call with RMK and RZB re                    ; call with M. Roth re client decision to take possession; email with M. Roth re client decision; call with B. Handler re Burnham Partners due diligence; call with RMK and RZB about            ; email to RZB; review letter re | DDW | 3.75 | 900.00 |
| 11/16/07 | Telephone conference with RMK regarding            ; prepare emails regarding same and complaint | KAP | 1.00 | 400.00 |
| 11/17/07 | Telephone conference with client, telephone conference with WCM | RMK | 1.00 | 620.00 |
| 11/17/07 | Preparation for and conference call with client re            and strategy re | WCM | 1.00 | 460.00 |
| 11/17/07 | Call with C. Hoedl, L. Marosi, RMK and WCM re | DDW | 1.00 | 240.00 |
| 11/18/07 | Attention to replevin complaint and emails with MEA re same | WCM | 1.00 | 460.00 |
| 11/18/07 | Draft | DDW | 0.75 | 180.00 |
| 11/19/07 | Conf. calls with client (3), conferences with WAS, review of            , telephone conference with B. Handler; telephone conference with M. Roth | RMK | 3.00 | 1,860.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 5

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 11/19/07 | Call with Handler re status | APS | 0.25 | 155.00 |
| 11/19/07 | Work with MTA on complaint against PS; telephone conferences and emails with S. Van Steenbergen, L. Marosi and RMK re status and strategy; attention to replevin motion and                         calls with M. Roth re potential settlement | WCM | 8.00 | 3,680.00 |
| 11/19/07 | Draft replevin complaint, motion for replevin, declaration and verification; research | MTA | 7.00 | 2,205.00 |
| 11/19/07 | Conference call with RMK, WCM, C. Hoedl and L. Marosi re | DDW | 1.25 | 300.00 |
| 11/19/07 | Review and respond to emails re status | KAP | 0.25 | 100.00 |
| 11/20/07 | Attention e-mail to Mitch Roth; various telephone conferences and e-mail corresp. with WAS, DEM; e-mail corresp with team; telephone conference with APS; attention pleadings in replevin action | RMK | 2.50 | 1,550.00 |
| 11/20/07 | Conference with D. Wildern | CKT | 0.50 | 225.00 |
| 11/20/07 | Attention to complaint and motion for replevin; attention to landlord lien waiver letter and addition to complaint re same; attention to declaration in support of motion for replevin | WCM | 4.00 | 1,840.00 |
| 11/20/07 | Office conference with WCM re emergency replevin action; review and revise pleadings re same; strategize re correspond with clients re same | DEM | 7.50 | 3,150.00 |
| 11/20/07 | Edit complaint, motion for replevin, order for replevin and declaration; discuss same with DEM, WCM, DDW; research                    ; discussion with DEM, WCM, re strategy | MTA | 7.75 | 2,441.25 |
| 11/20/07 | Review replevin complaint and KAP comments; review draft email to M. Roth; review draft declaration; review                  , left message with CKT re                 meet with CKT re | DDW | 1.50 | 360.00 |
| 11/20/07 | Review and revise complaint, motion and declaration; review and respond to emails regarding | KAP | 1.25 | 500.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 6

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 11/21/07 | .Conf. call client; attnetion replevin pleadings; email corresp. M. Roth; conferences with WCM, DEM; atttention new search and telephone conference with DJ | RMK | 3.75 | 2,325.00 |
| 11/21/07 | Attention to complaint and motion for replevin | WCM | 8.00 | 3,680.00 |
| 11/21/07 | Correspond with M. Roth; correspond and telephone conferences with RMK, WCM, CKT and clients; strategize re litigation; telephone conference with A. Dougherty re revise          ; draft                    , edit and revise pleadings; draft Schedule A to Replevin Motion | DEM | 6.50 | 2,730.00 |
| 11/21/07 | Meet with WCM re status of Pyramid Stone communications and complaints; call with RMK and WCM re                    , email with KAP re order new  UCC searches for Pyramid Stone | DDW | 0.75 | 180.00 |
| 11/21/07 | Listen to voicemail messages re status and respond to same | KAP | 0.25 | 100.00 |
| 11/21/07 | Attention to                    review client documents gathered by D.Wildern re same; | DME+ | 2.25 | 393.75 |
| 11/21/07 | Attention to new complaint and exhibits; file complaint | DME+ | 0.75 | 131.25 |
| 11/21/07 | Order updated searches | RXK+ | 0.50 | 72.50 |
| 11/25/07 | Attn e-mail corresp, including email team. | RMK | 0.25 | 155.00 |
| 11/25/07 | Email to team re status and strategy | WCM | 0.25 | 115.00 |
| 11/25/07 | Review status emails; respond to WCM email re bankruptcy | KAP | 0.25 | 100.00 |
| 11/26/07 | Telephone conference with N. Newman; telephone conference with clients re same; telephone conferences with WCM, attn email corresp. | RMK | 2.25 | 1,395.00 |
| 11/26/07 | Attention to                    re presenting motion to J. Shadur; potential motion re          work with team re same; telephone conference with RMK and N. Newman re possible settlement; telephone conferences with L Marosi re                    and work on same; telephone conferences with C. Hoedl, L. Marosi and RMK re          work on motion for restraining order re landlord; | WCM | 5.00 | 2,300.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 7

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 11/26/07 | Strategize re replevin and foreclosure actions; attention to bond issues; prepare order of replevin; attention to TRO; office conferences with WCM re same and hearing | DEM | 3.00 | 1,260.00 |
| 11/26/07 | Review filings, correspondence; update with WCM; discussion with DEM re _____, review _____ begin redrafting | MTA | 4.25 | 1,338.75 |
| 11/26/07 | Attention to filing of Notice of Motion for Replevin; contact court re assigned judge and summons; contact process server re service of complaints; Attention to agents and officers of Pyramid Stone and 11 S. Eisenhower; review agreements and send mortgages to MTA for review | DME+ | 2.75 | 481.25 |
| 11/26/07 | Review lien search results; Create lien summary | RXK+ | 0.75 | 108.75 |
| 11/26/07 | Arrange for service of Summons and Complaint 07 C 6603 | MXE+ | 0.50 | 47.50 |
| 11/27/07 | Attention _____, including telephone conference with C. Hoedl, conferences with WAS, title company N. Newman, M. Roth, D. Abrams; telephone conference with G. Siden (counsel for Rodrigo) | RMK | 3.25 | 2,015.00 |
| 11/27/07 | Telephone conference with MTA re | CKT | 0.25 | 112.50 |
| 11/27/07 | Attention to _____ and telephone calls and emails throughout the day with RMK, C. Hoedl, L. Marosi, N. Newman, M. Roth, and D. Abrams; attention to drafts of bonds for replevin and for TRO via surety and via letter of credit; attention to letter of credit; attention to _____ same; attention alternate service of process; attention to TRO against 11 S. Eisenhower; emails and telephone call with L. Marosi re status and strategy re | WCM | 10.00 | 4,600.00 |
| 11/27/07 | Review mortgage documents; discussion with DEM re mortgage foreclosure; email to WCM, DEM, RMK, KAP re mortgage foreclosure; redraft _____; legal research re _____; legal research | MTA | 8.25 | 2,598.75 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 8

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 11/27/07 | Review documents for signatures for 11 S. Eisenhower | DDW | 0.25 | 60.00 |
| 11/27/07 | Telephone calls with WCM re ABC issues; review and respond to emails re status and other issues | KAP | 1.00 | 400.00 |
| 11/27/07 | Attention to service issues; multiple calls with process server; research                review client documents for additional signature copies; email team re same | DME+ | 2.25 | 393.75 |
| 11/27/07 | Various emails and telephone with the Process Server regarding service of Summons and Complaint upon Reg. Agent Roth. | MXE+ | 0.75 | 71.25 |
| 11/28/07 | Attention to                    and telephone calls and emails throughout the day with RMK, C. Hoedl, L. Marosi, N. Newman, M. Roth, and D. Abrams; attention to drafts of bonds for replevin and for TRO via surety and via letter of credit; attention to letter of credit; attention to                             re same; attention alternate service of process; attention to TRO against 11 S. Eisenhower; | WCM | 8.00 | 3,680.00 |
| 11/28/07 | Strategize re hearing, service issues; draft and revise letters to M. Roth; attention to affidavits of process servers; | DEM | 4.00 | 1,680.00 |
| 11/28/07 | Confer with WAS and DME; review documentation for FEIN | JLD | 0.50 | 165.00 |
| 11/28/07 | Review papers for Secretary of State service; discussion with MXE, DME, DEM, WCM re serve of registered agent; draft legal research | MTA | 6.50 | 2,047.50 |
| 11/28/07 | Review signature pages of Pyramid Stone; call with KAP re review                meet with MTA re filed complaint for replevin and follow up re signatures | DDW | 0.75 | 180.00 |
| 11/28/07 | Conferences with WCM, et al. re | KAP | 2.25 | 900.00 |
| 11/28/07 | Attention to service of complaint and summons with Secretary | DME+ | 6.00 | 1,050.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 9

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | of State; prepare proper forms for same; research FEIN number for 11 S. Eisenhower, review due diligence files for same; call w/corporate counsel; review corporate documents for references to officers; research registered agent; draft amended certificate of service; attention to filing and service of same | | | |
| 11/28/07 | Review and respond to various email regarding service of summons and complaint upon Defendant's Pyramid and 11 S. Eisenhower | MXE+ | 1.75 | 166.25 |
| 11/29/07 | Meeting Chris Hoetl, attn. revision of pleading, strategy, attn | RMK | 3.50 | 2,170.00 |
| 11/29/07 | Preparation for TRO and motion for replevin; meeting with clients; attempts at settlement; attention to letter of credit issues | WCM | 7.00 | 3,220.00 |
| 11/29/07 | Revise motion for temporary restraining order; office conferences with WCM re hearing strategy; revise orders; office conferences with RMK, WCM, client re hearing, order, strategy; edit and revise | DEM | 7.00 | 2,940.00 |
| 11/29/07 | ⋮                      , edit , review affidavits; prepare , research ; discussion with WCM, DEM re preparation for hearing; finalize motion for TRO and declaration; prepare | MTA | 8.25 | 2,598.75 |
| 11/29/07 | Attend conferences re hearing; attend telephone conferences re assignment for benefit of creditors; review documents re same | KAP | 1.25 | 500.00 |
| 11/29/07 | Review and revisions to Motion for TRO; attention to TRO preparation materials; attention to NOM and COS; calls with process server re service of complaint; office conference with MTA, DEM and WCM re TRO hearing; preparation of exhibits to declaration and Motion; revisions to agent and officer information of Pyramid Stone and 11 S. Eisenhowser; | DME+ | 13.00 | 2,275.00 |
| 11/29/07 | Follow-up with process server re completion of affidavits of service and non-service | MXE+ | 0.75 | 71.25 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 10

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 11/29/07 | Gather exhibits to file TRO motion per request of DME | PAO+ | 0.25 | 30.00 |
| 11/30/07 | Conference with client, WCM | RMK | 0.50 | 310.00 |
| 11/30/07 | E-mail with MTA re | CKT | 0.25 | 112.50 |
| 11/30/07 | Preparation for and motion for TRO and motion for replevin; attention to revisions to orders re same; attention to access to premises; attention to letter of credit and telephone conferences with BoNY and L. Marosi re same | WCM | 5.25 | 2,415.00 |
| 11/30/07 | Strategize re hearing with WCM and KAP; revise D. ˉˉˉv; office conferences with C. Hoedl and D. Abrams; prepare D. Abrams for hearing; appear at hearing; revise strategize | DEM | 3.50 | 1,470.00 |
| 11/30/07 | Confer with WCM re review files re same | JLB | 0.75 | 292.50 |
| 11/30/07 | Confer with MEA re ___ ; confer with WAS | JLD | 0.75 | 247.50 |
| 11/30/07 | Hearing on motions for replevin and TRO; draft TRO order; discussion with WCM re            research  ˉ. prepare                    ; minutes of foreclosure; begin drafting ___ ˉ  ˉ ˉ  and gathering documents | MTA | 4.75 | 1,496.25 |
| 11/30/07 | Send mortgage files to MTA; send Verissimo mortgage to JLB to record | DDW | 0.75 | 180.00 |
| 11/30/07 | Prepare for and attend court hearing; meetings and telephone calls with client post-hearing | KAP | 4.00 | 1,600.00 |
| 11/30/07 | Attention to filing of Motion for TRO and courtesy copies to Judge Shadur; Attention to                    format and prepare same for hearing; attention to final preparation of materials for TRO hearing; call to Process server re affidavit of service upon M. Roth | DME+ | 3.75 | 656.25 |
| 11/30/07 | File Summons Returned Executed re Pyramid Stone MFG and 11 S. Eisenhower 07 C 6603 | MXE+ | 0.25 | 23.75 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 11

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|------------|------|-------|--------|
| 12/03/07 | Attention to revisions to                        with C. Hoedl re same; attention to amended replevin and to motion to amend order and work with DEM and MEA re same; legal research re | WCM | 3.00 | 1,380.00 |
| 12/03/07 | Work on revisions to                         with client re same; work on timing of removal of Collateral and attention to modifying order of replevin re posting of the LC and to motion re same | WCM | 4.00 | 1,840.00 |
| 12/03/07 | Strategize re                          , revise and edit revised order | DEM | 1.25 | 525.00 |
| 12/03/07 | Research on                         , draft motion for modified order for replevin; draft notice of mortgage foreclosure letter on 11 S. Eisenhower mortgage; update notice of motion | MTA | 4.50 | 1,417.50 |
| 12/03/07 | Review emails re                         review UCC search summary; determine safe harbor period | DDW | 0.50 | 120.00 |
| 12/03/07 | Attend telephone conferences re replevin order and other sale issues; review emails re same | KAP | 0.75 | 300.00 |
| 12/03/07 | Attention to motion for order replevin; attention to pleadings and preparation of materials for hearing | DME+ | 1.75 | 306.25 |
| 12/04/07 | Attention to motion to amend replevin order and work with MEA re same; review legal research re same; telephone conference with L. Marosi re status and strategy; telephone conference with C. Hoedl, S. Van Steenbergen, L. Marosi and KAP re status and strategy; work on LC issues | WCM | 4.00 | 1,840.00 |
| 12/04/07 | Office conferences with WCM; strategize re hearing and letter of credit issues; review emails from MTA re research | DEM | 0.50 | 210.00 |
| 12/04/07 | Research                         research   finalize motion for amended order for replevin and file | MTA | 4.00 | 1,260.00 |
| 12/04/07 | Attend telephone conferences with RZB and WCM re UCC sale, timing and other issues; telephone call with WCM re same | KAP | 2.00 | 800.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 12

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 12/04/07 | Attention to disclosure of affiliates; attention to materials for WCM in preparation for TRO hearing | DME+ | 1.75 | 306.25 |
| 12/04/07 | File Notice and Motion to Amend Replevin Order dated 11/30/07 and deliver a courtesy copy to Judge Shadur 07 C 6603 | MXE+ | 0.50 | 47.50 |
| 12/05/07 | Work on          and email to client re same | WCM | 1.50 | 690.00 |
| 12/05/07 | Review emails re status | KAP | 0.25 | 100.00 |
| 12/05/07 | Recommendations for | DME+ | 0.25 | 43.75 |
| 12/06/07 | Preparation for and attendance at hearing re motion to amend replevin order; attention to LC and telephone conferences with L. Marosi and S. Callera (Bank of New York) re same; telephone conference with KAP re status; work on emergency motion to modify amended order of replevin | WCM | 5.00 | 2,300.00 |
| 12/06/07 | Hearing re amended order for replevin; draft          ; draft emergency motion to amend order for replevin and amended order re letter of credit issues | MTA | 4.00 | 1,260.00 |
| 12/06/07 | Telephone calls to client re status; telephone call with WCM re same | KAP | 0.25 | 100.00 |
| 12/07/07 | E-mails with BoNY re Letter of Credit; preparation for and emergency hearing to modify amended order of replevin; attention to e-mail to M. Roth re status; telephone conference with C. Hoedl, S. Van Steenbergen, L. Marosi and KAP re status and strategy | WCM | 5.25 | 2,415.00 |
| 12/07/07 | Attend telephone conferences with RZB and WCM re hearing, | KAP | 1.50 | 600.00 |
| 12/07/07 | Draft Notice of Motion and COS; attention to filing of Motion to Modify Amended Order; attention to service to Roth | DME+ | 0.50 | 87.50 |
| 12/09/07 | Emails to DME re | WCM | 0.25 | 115.00 |
| 12/10/07 | Email to C. Hoedl          and research re | WCM | 0.50 | 230.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 13

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 12/10/07 | Breach of                                     email to WCM, DEM re notice letter; discussion with WCM re update, strategy; research on                           email to WCM re same | MTA | 3.25 | 1,023.75 |
| 12/10/07 | Telephone call with WCM re status | KAP | 0.25 | 100.00 |
| 12/10/07 | Call to L. Marosi re logistics for | DME+ | 0.25 | 43.75 |
| 12/11/07 | Preparation for and attendance at status hearing re TRO re Landlord and oral motion to extend TRO into January and attention to scheduling of hearing for preliminary injunction re same; long email to client re hearing and options in light of expiration of the TRO on January 3, 2008; work on finalizing the LC and emails re same; attention to | WCM | 5.00 | 2,300.00 |
| 12/11/07 | Status hearing re extension of TRO; discussion with KAP re                        email to WCM re same; telephone call to Judge Shadur's minute clerk re draft order; draft order | MTA | 2.00 | 630.00 |
| 12/11/07 | Review | DDW | 0.50 | 120.00 |
| 12/11/07 | Telephone calls re UCC and LC issues; conference with WCM re same | KAP | 1.00 | 400.00 |
| 12/11/07 | Attention to letter of credit and side letter issues | DME+ | 0.75 | 131.25 |
| 12/11/07 | Deliver Order re TRO to Judge Shadur | MXE+ | 0.50 | 47.50 |
| 12/12/07 | Attention to depositing the LC with the clerk and telephone conferences with C. Hoedl re same; work on                         issue and telephone conferences with C. Hoedl re same | WCM | 3.00 | 1,380.00 |
| 12/12/07 | Telephone call with S. Van Steenbergen re telephone call with WCM re status | KAP | 0.25 | 100.00 |
| 12/12/07 | Order lien searches | RXK+ | 0.25 | 36.25 |
| 12/13/07 | Telephone conference with clients and KAP re status and strategy | WCM | 2.00 | 920.00 |
| 12/13/07 | Attend global status call; prepare emails re same | KAP | 1.25 | 500.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 14

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 12/14/07 | Attention to preparation for hearing on motion for preliminary injunction; emails with M. Roth re potential consent to a preliminary injunction against 11 S. | WCM | 2.00 | 920.00 |
| 12/14/07 | Telephone call with D. Ashen re                    prepare emails re same | KAP | 0.25 | 100.00 |
| 12/15/07 | Telephone call with D. Ashen re | KAP | 0.25 | 100.00 |
| 12/17/07 | Attention to proposed uncontested order for preliminary injunction and office conferences with MEA re same and email to M. Roth re same; telephone conference with C. Hoedl, S. Van Steenbergen, L. Marosi and KAP re ; attention to motion for preliminary injunction | WCM | 2.75 | 1,265.00 |
| 12/17/07 | Draft agreed preliminary injunction order; email WCM re same; email WCM re motion for preliminary injunction; emails to DME, MXE re same | MTA | 1.25 | 393.75 |
| 12/17/07 | Draft                                   ; draft email to client re                              , review                   call with RZB; discuss documents with KAP; determine                   send draft foreclosure notice to KAP | DDW | 2.00 | 480.00 |
| 12/17/07 | Status conference call with RZB re | KAP | 1.00 | 400.00 |
| 12/18/07 | Further exchange of emails with M. Roth re potential consensual preliminary injunction; attention to motion for preliminary injunction and attention to preparation for hearing in support of same | WCM | 3.50 | 1,610.00 |
| 12/18/07 | Draft motion for preliminary injunction | MTA | 3.50 | 1,102.50 |
| 12/18/07 | Telephone call with D. Abrams and G. Eisenhuth re | KAP | 0.50 | 200.00 |
| 12/18/07 | Revisions to preliminary injunction motion; cite check same; draft notice of motion and COS re same; send drafts to team for approval for first morning filing | DME+ | 2.00 | 350.00 |
| 12/19/07 | Finalize motion for preliminary injunction; meeting with C. Hoedl, L. Marosi, M. Klein and RMK re PI hearing prep | WCM | 2.00 | 920.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 15

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|------------|------|-------|--------|
| 12/19/07 | Telephone call with G. Eisenhuth re letters; review emails re same | KAP | 0.25 | 100.00 |
| 12/20/07 | Preparation for and preliminary injunction hearing; meetings with C. Hoedl, L. Marosi, M. Klein and KAP re status and next steps; attention to motion for default | WCM | 3.00 | 1,380.00 |
| 12/20/07 | Meeting with KAP, C. Hoedl, L. Marosi, M. Klein, and G. Eisenhuth re | DDW | 3.50 | 840.00 |
| 12/20/07 | Prepare for and attend meetings with RZB and G. Eisenhuth re UCC sales, motion for default and other issues; conference with RMK re status; conference with WCM re | KAP | 5.25 | 2,100.00 |
| 12/21/07 | Conference with WCM and KAP re status | RMK | 0.50 | 310.00 |
| 12/21/07 | Conference with WCM re filings; prepare emails re | KAP | 1.00 | 400.00 |
| 12/22/07 | Respond to email re | KAP | 0.25 | 100.00 |
| 12/26/07 | Attention to motion for default on various counts and prove up on others and filing of same; work | WCM | 5.00 | 2,300.00 |
| 12/26/07 | Call with KAP re drafting extension; review letter agreements; draft extension of | DDW | 1.25 | 300.00 |
| 12/26/07 | Prepare emails re                     telephone call with M. Klein re status; telephone call with G. Eisenhuth re | KAP | 0.50 | 200.00 |
| 12/26/07 | Review and revise motion for default; cite check same; attention to filing and delivery to Judge Shadur of same | DME+ | 1.75 | 306.25 |
| 12/27/07 | Conduct                              , and follow up with KAP re same | CAB | 1.50 | 375.00 |
| 12/27/07 | Order              draft            ; discuss changes to letter agreement with KAP; call with KAP and C. Hoedl to discuss | DDW | 1.25 | 300.00 |
| 12/27/07 | Prepare emails re                     telephone call with M. Klein re status; telephone call with G. Eisenhuth re agreement | KAP | 0.25 | 100.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 16

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/27/07 | Order updated searches | RXK+ | 0.25 | 36.25 |
| 12/28/07 | Conference with CAB re legal research on        ; review email re same | DJC | 0.25 | 112.50 |
| 12/28/07 | Telephone conferences with M. Klein re correspondence; prepare emails re | KAP | 0.50 | 200.00 |
| 12/28/07 | Update lien summary | RXK+ | 0.50 | 72.50 |
| 12/31/07 | Review UCC search summary | DDW | 0.25 | 60.00 |
| 12/31/07 | Attention to ( | DME+ | 0.50 | 87.50 |
| 01/02/08 | Revise | DDW | 0.50 | 125.00 |
| 01/02/08 | Telephone call with C. Hoedl re | KAP | 0.50 | 225.00 |
| 01/03/08 | Call with KAP and client to discuss | DBC | 0.50 | 275.00 |
| 01/03/08 | Preparation for and presentation of Motion for Default; office conference with KAP re order of default damages prove-up and attention to Letter of Credit issues; telephone conferences with C. Hoedl re | WCM | 2.00 | 980.00 |
| 01/03/08 | Discuss status of replevin action with KAP; discuss                revise              ; review | DDW | 1.00 | 250.00 |
| 01/03/08 | Review and revise amendment              , prepare          , telephone call with WCM re hearing; telephone call with DBC and C. Hoedl re | KAP | 2.00 | 900.00 |
| 01/03/08 | Telephone C. Hoedl re brief conference with KAP re order | DME+ | 0.25 | 47.50 |
| 01/04/08 | Review and revise              , review and revise notices | KAP | 0.50 | 225.00 |
| 01/06/08 | Review and prepare emails re              declaration and agreements | KAP | 0.25 | 112.50 |
| 01/07/08 | Office conference with KAP re status re | WCM | 2.00 | 980.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 17

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | ; work on | | | |
| 01/07/08 | Discuss                          review                            revise           ; review | DDW | 1.25 | 312.50 |
| 01/07/08 | Review and                 , review and revise                review and revise conference with DDW re same; telephone conference with C. Hoedl re                                telephone conference with                           conference with WCM re                , hearing and status | KAP | 2.50 | 1,125.00 |
| 01/08/08 | Attention to Declaration of C. Hoedl in support of prove-up; attention to correspondence with Bank of New York re Letter of Credit termination | WCM | 2.50 | 1,225.00 |
| 01/08/08 | Review declaration and proof as compared to loan and security agreement | DDW | 0.25 | 62.50 |
| 01/08/08 | Review and revise               telephone conference with S. VanSteenbergen re same; telephone conference with C. Hoedl re                                review emails from G. Eisenhuth re prepare response re sale; conference with WCM re | KAP | 1.50 | 675.00 |
| 01/08/08 | Review declaration of C. Hoedl; prepare exhibits for same | DME+ | 1.25 | 237.50 |
| | TOTAL FOR SERVICES | $ | | 162,710.00 |

+ DENOTES PARALEGAL

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 18

## ATTORNEY SUMMARY

| ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Jami L. Brodey | 390.00 | 0.75 | 292.50 |
| Denise B. Caplan | 550.00 | 0.50 | 275.00 |
| David J. Chizewer | 450.00 | 0.25 | 112.50 |
| Richard M. Kohn | 620.00 | 32.25 | 19,995.00 |
| William C. Meyers | 490.00 | 6.50 | 3,185.00 |
| William C. Meyers | 460.00 | 132.25 | 60,835.00 |
| David E. Morrison | 420.00 | 33.25 | 13,965.00 |
| Alan P. Solow | 620.00 | 0.25 | 155.00 |
| Carole K. Towne | 450.00 | 1.00 | 450.00 |
| Mary E. Anderson | 315.00 | 79.00 | 24,885.00 |
| Chad A. Blumenfield | 250.00 | 1.50 | 375.00 |
| Jessica L. DeBruin | 330.00 | 1.25 | 412.50 |
| Danielle D. Juhle-Wildern | 250.00 | 3.00 | 750.00 |
| Danielle D. Juhle-Wildern | 240.00 | 31.25 | 7,500.00 |
| Kathryn A. Pamenter | 450.00 | 7.25 | 3,262.50 |
| Kathryn A. Pamenter | 400.00 | 45.25 | 18,100.00 |
| Diane M. Ende+ | 190.00 | 1.50 | 285.00 |
| Diane M. Ende+ | 175.00 | 40.25 | 7,043.75 |
| Rena Kollias+ | 145.00 | 2.25 | 326.25 |
| Mike Evans+ | 95.00 | 5.00 | 475.00 |
| Peju Olateju+ | 120.00 | 0.25 | 30.00 |
| TOTAL TIME | | 424.75 | $ 162,710.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

RZB FINANCE LLC

JANUARY 9, 2008
6024.001/175236
PAGE 19

## SERVICE CHARGES AND DISBURSEMENTS

| | |
|---|---:|
| Copying | 1,307.50 |
| Facsimile | 25.86 |
| Telephone | 7.89 |
| CSC October 2007 - - VENDOR: CSC, Inc. | 303.92 |
| Federal Express Invoice #2-371-87655 11/14/2007 - - VENDOR: Federal Express | 60.80 |
| Research Fees - - VENDOR: National Corporate Research, Lien Searches | 245.50 |
| - VENDOR:Secretary of State Service of Complaint upon 11 South Eisenhower | 10.00 |
| - VENDOR:Secretary of State Service of Complaint upon Pyramid Stone | 100.00 |
| Lexis-Nexis Legal Search Charges Invoice #0710035036  10/31/07 | 62.22 |
| Westlaw Invoice #814713681 October 31, 2007 | 109.54 |
| Velocity Invoice #77112  12/03/2007 - - VENDOR: Velocity Courier Inc. | 12.00 |
| | |
| Velocity Invoice #77112  12/03/2007 - - VENDOR: Velocity Courier Inc. | 12.00 |
| Federal Express Invoice #2-408-30739 12/05/2007 - - VENDOR: Federal Express | 32.00 |
| Federal Express Invoice #2-408-30739 12/05/2007 - - VENDOR: Federal Express | 86.56 |
| Lexis-Nexis Legal Search Charges Invoice #0711059486  11/30/2007 | 638.87 |
| Velocity Invoice #77415  12/10/2007 - - VENDOR: Velocity Courier Inc. | 12.00 |
| Velocity Invoice #77415  12/10/2007 - - VENDOR: Velocity Courier Inc. | 12.00 |
| Federal Express Invoice #2-421-33652 12/13/2007 - - VENDOR: Federal Express | 24.40 |
| Federal Express Invoice #2-421-33652 12/13/2007 - - VENDOR: Federal Express | 22.91 |
| Westlaw Invoice #814917017  November 30, 2007 | 5,387.88 |
| Process Server - - VENDOR: United Processing, Inc | 595.00 |
| Research Fees - - VENDOR: National Corporate Research, Lien Search | 461.50 |

TOTAL SERVICE CHARGES AND DISBURSEMENTS          $          9,530.35

TOTAL THIS STATEMENT          $          172,240.35

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

## REMITTANCE ADVICE

RZB FINANCE LLC
ATTN: Louis T. Marosi
Vice President Asset - Based Lending Group
150 North Martingale Road
Suite 840
Schaumburg, IL 60173

JANUARY 9, 2008
6024.001/175236
PAGE 20

REGARDING:  PYRAMID STONE

| | | |
|---|---|---:|
| For Professional Services Rendered Thru Jan 9, 2008 | $ | 162,710.00 |
| For Service Charges/Disbursements Thru Jan 9, 2008 | $ | 9,530.35 |
| TOTAL | $ | 172,240.35 |