IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RZB FINANCE LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.    07 C 6603 |
| vs. | ) | |
| | ) | Judge Milton Shadur |
| **PYRAMID STONE MFG., INC. and** | ) | |
| **11 S. EISENHOWER, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on January 10, 2008, Plaintiff filed its **Supplemental Declaration of Christoph Hoedl** with the Clerk of the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and hereby served upon you.

                                                                                      RZB FINANCE LLC

                                                                     By /s/ William C. Meyers
                                                                        One of Its Attorneys

William C. Meyers
David E. Morrison
Mary E. Anderson
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on January 10, 2008, he caused a copy of the **Supplemental Declaration of Christoph Hoedl**, to be served via Hand Delivery and Electronic Mail upon the following:

| | |
|---|---|
| Pyramid Stone Mfg, Inc.<br>c/o Mitchell Roth, Registered Agent<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 | 11 S. Eisenhower, LLC<br>c/o Mitchell Roth, Registered Agent<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 |

                                                /s/ William C. Meyers
                                                William C. Meyers