Order Form (01/2005)

CH

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6603 | DATE | 1/11/2008 |
| CASE TITLE | RZB Finance LLC vs. Pyramid Stone MFG., Inc. | | |

**DOCKET ENTRY TEXT**

Enter Default Judgment Order. It is ordered that final judgment is entered in favor of the Plaintiff and against Pyramid Stone in the amount of $2,609,344.01, excluding Plaintiff's legal fees and expenses.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | SN |
|---|---|---|