# United States District Court
## Northern District of Illinois
### Eastern Division

RZB Finance LLC

v.

Pyramid Stone MFG

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 6603

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiff and against the defendant in the amount of $2,609,344.01 excluding Plaintiff's legal fees and expenses.

Michael W. Dobbins, Clerk of Court

Date: 1/11/2008

/s/ Sandy Newland, Deputy Clerk