IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RZB FINANCE LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6603 |
| | ) | |
| vs. | ) | Judge Milton I. Shadur |
| | ) | |
| **PYRAMID STONE MFG., INC. and** | ) | Magistrate Judge Susan E. Cox |
| **11 S. EISENHOWER, LLC** | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF CHRISTOPH HOEDL

I, Christoph Hoedl, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury as follows:

1. I am currently employed as a Group Vice President of RZB Finance, LLC ("RZB"). My responsibilities include managing RZB's asset-based lending group, which includes the asset-based loan that is the subject of the above-captioned lawsuit. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called as a witness in this matter.

2. On or about June 19, 2006, RZB, as lender, and Pyramid Stone Mfg., Inc. ("Pyramid Stone") and Stone Warehouse, LLC ("Stone Warehouse") (collectively the "Borrowers") executed a Loan and Security Agreement (as amended, modified and supplemented from time to time, the "Loan Agreement") and certain related agreements, pursuant to which RZB extended a secured line of credit of up to $5,000,000 to the Borrowers. A true and correct copy of the Loan Agreement is included in Group Exhibit A,

attached hereto.[1]  As part of my duties, I am familiar with the Loan Agreement.  The Loan Agreement is part of the records normally created, maintained and relied upon by RZB throughout the course of a lending relationship between RZB and its borrowers.

        3.      Pursuant to Section 13(q) of the Loan Agreement,

> Each Borrower shall reimburse Lender for all costs and expenses, including without limitation reasonable legal expenses and attorneys' fees, incurred by Lender in connection with documentation, consummation and administration of this Agreement and any other transactions between any Borrower and Lender, including without limitation UCC and other public record searches, lien filings, Federal Express or similar express or messenger delivery, administrative fees, appraisal and field examination costs and fees, surveys, title insurance and environmental audit or review costs, and in seeking to administer, collect, protect or enforce any rights in or to the Collateral or incurred by Lender in seeking to collect any Liabilities and to administer and/or enforce any of Lender's rights under this Agreement and the Other Agreements.[2]  All such costs, expenses and charges shall be netted against the most recent administrative fee paid by Borrowers pursuant to Section 4(d) until such amount is zero and thereafter, such costs, expenses and charges shall constitute Revolving Loans hereunder, shall be payable by Borrowers to Lender on demand, and, until paid, shall bear interest at the highest rate then applicable to Revolving Loans hereunder;

        4.      For the period August 31, 2007 through January 10, 2008, RZB's counsel has billed RZB legal fees and expenses totaling $211,960.45.  RZB has paid a portion of this amount and has agreed to pay its counsel the balance.  As of January 10, 2008,

---

[1] On or about September 29, 2007, Stone Warehouse executed a Trust Agreement and Assignment for the Benefit of Creditors (the "Stone Warehouse ABC"), thereby transferring all of its assets to a Trustee-Assignee.  Consequently, RZB seeks no relief with respect to Stone Warehouse, at the present time.

[2] "Other Agreements" as defined under the Loan Agreement means "all agreements, instruments and documents, including without limitation guaranties, mortgages, trust deeds, pledges, powers of attorney, consents, assignments, security agreements, intercreditor agreements, financing statements and all other writings heretofore, now or from time to time hereafter executed by or on behalf of any Borrower or any other Person and delivered to Lender or to any Affiliate of Lender in connection with the Liabilities or the transactions contemplated hereby." (Ex. A, Loan Agreement at p. 10.)

-3-

the total amount, including legal fees and expenses, owed to RZB by the Borrowers was $2,821,304.46.

5. I declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this \_\_1st\_\_th day of February, 2008.

_____
CHRISTOPH HOEDL