## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **RZB FINANCE LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6603 |
| vs. | ) | |
| | ) | Judge Milton I. Shadur |
| **PYRAMID STONE MFG., INC.** and | ) | Magistrate Judge Susan E. Cox |
| **11 S. EISENHOWER, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

TO:   Pyramid Stone Mfg, Inc.                     11 S. Eisenhower, LLC
       c/o Mitchell Roth, Registered Agent         c/o Mitchell Roth, Registered Agent
       191 N. Wacker Drive                         191 N. Wacker Drive
       Suite 1800                                  Suite 1800
       Chicago, IL 60606                           Chicago, IL 60606

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, January 8, 2008 at 9:15 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur in Room 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, and then and there present **Plaintiff RZB Finance LLC's Motion to Supplement Default Judgment Order**, a copy of which is hereby served upon you.

DATED: February 1, 2008                     Respectfully submitted,

                                            RZB FINANCE LLC


                                            By /s/ William C. Meyers
                                                  One of Its Attorneys

William C. Meyers
David E. Morrison
Mary E. Anderson
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 1, 2008, he caused a copy of the **Plaintiff RZB Finance LLC's Motion to Supplement Default Judgment Order**, to be served via Hand Delivery and Electronic Mail upon the following:

Pyramid Stone Mfg, Inc.  
c/o Mitchell Roth, Registered Agent  
191 N. Wacker Drive  
Suite 1800  
Chicago, IL 60606

11 S. Eisenhower, LLC  
c/o Mitchell Roth, Registered Agent  
191 N. Wacker Drive  
Suite 1800  
Chicago, IL 60606

/s/ William C. Meyers  
William C. Meyers