IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RZB FINANCE LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 C 6603 |
| vs. | ) |
| | ) Judge Milton I. Shadur |
| **PYRAMID STONE MFG., INC.** and | ) Magistrate Judge Susan E. Cox |
| **11 S. EISENHOWER, LLC,** | ) |
| | ) |
| Defendants. | ) |

TO:  Pyramid Stone Mfg, Inc.       11 S. Eisenhower, LLC
       c/o Mitchell Roth, Registered Agent    c/o Mitchell Roth, Registered Agent
       191 N. Wacker Drive                    191 N. Wacker Drive
       Suite 1800                                  Suite 1800
       Chicago, IL 60606                        Chicago, IL 60606

**CORRECTED NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Friday, February 8, 2008 at 9:15 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur in Room 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, and then and there present **Plaintiff RZB Finance LLC's Motion to Supplement Default Judgment Order**, a copy of which has been previously filed with the Court and served upon you.

DATED:  February 1, 2008           Respectfully submitted,

                                      RZB FINANCE LLC


                                      By /s/ William C. Meyers
                                           One of Its Attorneys

William C. Meyers
David E. Morrison
Mary E. Anderson
GOLDBERG, KOHN, BELL, BLACK,
   ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

-2-

## CERTIFICATE OF SERVICE

   The undersigned, an attorney, certifies that on February 1, 2008, he caused a copy of the **Corrected Notice of Motion** to be served via Hand Delivery and Electronic Mail upon the following:

| | |
|---|---|
| Pyramid Stone Mfg, Inc.<br>c/o Mitchell Roth, Registered Agent<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 | 11 S. Eisenhower, LLC<br>c/o Mitchell Roth, Registered Agent<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 |

              /s/ William C. Meyers
              William C. Meyers