## United States District Court for the Northern District of Illinois

Case Number: 07cv6603    Assigned/Issued By: j.n.

Judge Name:    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
   _____
   (Victim, Against and $ Amount)

☑ Citation to Discover Assets

☐ Writ _____
   (Type of Writ)

  1   Original and   1   copies on  2-8-08   as to  tcf national bank
                                   (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05