# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6603 | **DATE** | 2/8/2008 |
| **CASE TITLE** | RZB Finance LLC vs. Pyramid Stone Mfg., Inc. | | |

**DOCKET ENTRY TEXT**

Enter Default Judgment Order. It is ordered that final judgment is to be entered in favor of Plaintiff and against Defendant on Counts I and III of Plaintiff's complaint, for Plaintiff's attorney's fees and expenses thru January 10, 2008 in the amount of $211,960.45.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|