

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RZB FINANCE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 C 6603 |
| vs. | ) Judge Milton I. Shadur |
| | ) Magistrate Judge Susan E. Cox |
| PYRAMID STONE MFG., INC. and 11 | ) |
| S. EISENHOWER, LLC, | ) |
| | ) |
| Defendants. | ) |

### DEFAULT JUDGMENT ORDER

This cause coming to be heard on Plaintiff's Motion to Supplement Default Judgment Order, and this Court having been fully advised in the premises;

IT IS HEREBY ORDERED THAT:

a.  Pursuant to Fed.R.Civ.P. 55(b)(2) a final order of judgment by default is entered in favor of Plaintiff and against Defendant Pyramid Stone, Mfg., Inc., on Counts I and III of Plaintiff's complaint, for Plaintiff's attorney's fees and expenses thru January 10, 2008, in the amount of Two-Hundred Eleven-Thousand Nine-Hundred Sixty dollars and Forty Five cents ($211,960.45), and there is no just reason for delaying enforcement of this final order of judgment by default.

b.  Any proceeds of any disposition by Plaintiff of any of the Collateral, as defined in the Loan Agreement (which is defined in Plaintiff's complaint), will be applied by Plaintiff to the payment of expenses incurred in connection with the disposition of the Collateral, including without limitation, reasonable expenses and attorney's fees, and any balance of

such proceeds will be applied by Plaintiff to reduce the amount of the judgment granted in paragraph (a) of this Order.

c. The final order of judgment by default granted in paragraph (a) of this Order is in addition to the final order of judgment by default granted in paragraph (a) of the Default Judgment Order issued by this Court in this matter and dated January 10, 2008.

ENTERED this 8th day of February, 2008

_____
Judge Milton I. Shadur