# United States District Court
## Northern District of Illinois
### Eastern Division

RZB Finance LLC

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 6603

Pyramid Stone Mfg., Inc., et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment by default is entered in favor of Plaintiff and against Defendant Pyramid Stone, Mfg., Inc., on Counts I and III of Plaintiff's complaint, for Plaintiff's attorney's fees and expenses thru January 10, 2008, in the amount of Two-Hundred Eleven-Thousand Nine-Hundred Sixty dollars and Forty-Five cents ($211,960.45).

Michael W. Dobbins, Clerk of Court

Date: 2/8/2008

/s/ Sandy Newland, Deputy Clerk