

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RZB FINANCE LLC, | ) |
| Plaintiff, | ) |
| | ) No. 07 C 6603 |
| vs. | ) Judge Milton I. Shadur |
| | ) Magistrate Judge Susan E. Cox |
| PYRAMID STONE MFG., INC. and 11 S. EISENHOWER, LLC, | ) |
| Defendants. | ) |

THIRD PARTY CITATION TO DISCOVER ASSETS
DIRECTED TO TCF NATIONAL BANK

To:  TCF National Bank
     800 Burr Ridge Parkway
     Burr Ridge, IL 60521-6486
     Attn: Dennis Vena

YOU ARE HEREBY COMMANDED to appear before the Honorable Milton I. Shadur in Room 2303 of the United States District Court located at 219 South Dearborn Street, Chicago, Illinois on Friday, March 14, 2008, at 9:30 a.m. to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

A judgment in favor of RZB Finance, LLC and against Pyramid Stone Mfg., Inc. ("Judgment Debtor") was entered on January 10, 2008, in the amount of $2,609,344.01, excluding RZB's legal fees and expenses. The amount of $2,609,344.01, excluding RZB's legal fees and expenses, remains unsatisfied as of the date of the issuance of this Citation.

YOU ARE COMMANDED to produce at the examination:

See Exhibit A attached hereto

and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness due, Judgment Debtor.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Judgment Debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the Judgment Debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the Judgment Debtor, until further order of court or termination of these citation proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

RECEIVED
FEB 0 8 2008
LEGAL PROCESS

282778v1 2/8/2008 11:01:22 AM                                              4255.001

WARNING: YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.

### CERTIFICATE OF ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1. Judgment in the amount $2,609,344.01, excluding RZB's legal fees and expenses.
2. Name of the Court: United States District Court, Northern District of Illinois.
3. Case No. 07 C 6603.

William C. Meyers
David E. Morrison
Mary A. Anderson
GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3700
Chicago, Illinois  60603
(312) 201-4000

2/8/08
Date

MICHAEL W. DOBBINS
Clerk of the Court

Deputy Clerk

RECEIVED
FEB 0 8 2008
LEGAL PROCESS

-2-

(Rev. 12-10-01) CCG-06

## Answer

_____TCF Bank_____, certify under penalty of perjury that with regard to the
     Citation Respondent

Property of the judgment debtor, the Citation file the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount Withheld) $ _____
B) Checking and /or Now Account (Amount Withheld) $ _____
C) Certificate of Deposit (Amount Held) $ _____
D) Money Market Account (Amount Held) $ _____
E) Trust Account (Amount Held) $ _____
F) Safety Deposit Box $ _____
G) No Accounts _____
H) Adverse Claimant: Name _____ Address _____
I) Wages, Salary or Commissions _____
**(J)** Other ~~Personal Property (Describe)~~ no funds available at TCF Bank
Attach a sheet for any additional information required by the Citation
                                 Sub Total ___Ø___

Less right of offset for other loans   _____
Less Deduction for fees limited by
205 ILCS 5/48.1
                                   Total ___Ø___

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

                              _/s/ Kremer_____
                              Agent for Citation Respondent

_____ on oath State.

I am over 21 years of age and not a party to this case. I served the Citation to Discover Assets as follows:
On _____ by leaving a copy with the third party defendant on _____,20____
At the hour of _____.m at _____ Street, _____ County, Illinois
On the third Party Defendant _____ by mailing a copy on _____, 20____
By certified mail addressed to agent of the third party defendant, return receipt requested.

(attached green card receipt
of service here)
                            ** Signed and sworn by party making service

**F I L E D**                             _____,20__

FEB 2 5 2008   PH     FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT